# EXHIBIT A

**Edward Andrew Paltzik, Esq.**
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 516.526.0341  e edward@bochner.law  w bochner.law

October 21, 2024

*Via Email and Expedited Mail*

Gayle C. Sproul
Senior Vice President, Legal Affairs
CBS News
555 West 57th Street
New York, NY 10019
Gayle.Sproul@CBS.com

    Re:    Litigation Hold and Demand for CBS to Immediately Provide and Publicly Release the Full, Unedited Transcript of *60 Minutes* Interview with Vice President Kamala Harris

Dear Ms. Sproul:

We write on behalf of our client, President Donald J. Trump.

On October 20, 2024, CBS News released a statement (the "October 20 Statement")[1] conceding that President Trump was accurate in his assertion that the *60 Minutes* interview with Vice President Kamala Harris (the "Interview"), which aired in two different versions on October 5 and 6, 2024 broadcasts, was doctored in order to mislead the American People ahead of the Presidential Election.[2] It is a matter of public record that "CBS cut portions of Harris's answer to a question about the war in Gaza in its initial broadcast, but it later provided [an allegedly] full transcript of her remarks online."[3] The open question is whether such posted transcript is original or whether it has also been doctored, edited, or manipulated in any way that is helpful to Kamala Harris' failing campaign. The October 20 Statement clearly admits that edits were done in order to make Harris' answers appear more "succinct."[4]

---

[1] CBS News, *A statement from 60 Minutes* (Oct. 20, 2024), https://www.cbsnews.com/news/60-minutes-statement/.
[2] *See e.g.,* President Donald J. Trump, TRUTH SOCIAL (Oct. 7, 2024) ("In normal times, what happened on 60 Minutes, (deceptively 'doctoring' her answers), would be THE END OF ANYONE'S CAMPAIGN! Kamala is slow, incoherent, and is in no way qualified to be President of the United States. RELEASE THE TAPES FOR THE GOOD OF AMERICA. We can do it the nice way, or the hard way!").
[3] Ashleigh Fields, *Trump 'thinks' he will sue over Harris's '60 Minutes' interview*, THE HILL (Oct. 18, 2024), https://thehill.com/homenews/campaign/4942021-trump-thinks-sue-cbs-60-minutes.
[4] CBS News, *A statement from 60 Minutes* (Oct. 20, 2024), https://www.cbsnews.com/news/60-minutes-statement/.

1

Edward Andrew Paltzik, Esq.
BOCHNER PLLC
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 516.526.0341  e edward@bochner.law  w bochner.law

In a recent news distortion complaint filed before the Federal Communications Commission ("FCC"), the Center for American Rights stated that your company has been "engaging in significant and intentional news distortion" through broadcasts of the *60 Minutes* interview on both "Face the Nation" and "60 Minutes".[5] In response to the complaint, FCC commissioner Nathan Simington said, "the Commission has certainly contemplated the possibility of distortionary reporting taking place via splicing. That's one reason I don't think that this complaint is facially ridiculous, and it would not be inappropriate for the commission to take it up."[6]

CBS and its *60 Minutes* producers intentionally misled the public by broadcasting a skillfully edited Interview transcript, while opting to release other portions online. Such manipulative editing was aimed at causing confusion among the electorate regarding Vice President Kamala Harris's abilities, intelligence, and appeal. News organizations such as CBS have a responsibility to accurately represent the truth of events, not distort an interview to try and make their preferred candidate appear coherent and decisive, which Harris most certainly is not. Due to CBS' actions, the public cannot distinguish which Kamala Harris they are seeing: the candidate or the puppet of a behind-the-scenes editor.

President Trump is rightly alleging that CBS's "doctoring" of Harris's answers on *60 Minutes* was deceptive. The allegation is not simply that CBS was dishonest; it is that CBS deceived viewers into thinking Harris' answer was, at the very least—as CBS put it—more "succinct" than the word salad it actually was.[7]

The executives and producers at CBS, and *60 Minutes* in particular, are unquestionably aware that the purpose behind editing the Interview was to confuse the electorate and portray the Vice President in a better light than a full, unedited transcript would reveal. Responsible news sources must be held accountable to the highest standards. This is not the first time that CBS has engaged in similar unethical and unlawful behavior through *60 Minutes* in an effort to sabotage a Republican presidential candidate. CBS's misconduct here is evocative of the 2004 Dan Rather *60 Minutes* scandal, where Rather presented four forged documents as authentic in an effort to impugn President George W. Bush's integrity regarding his service in the Texas Air National Guard in 1972-73.[8]

---

[5] *In re Complaint Against WCBS-TV* (Oct. 16, 2024), https://www.americanrights.org/cases/cbs-accused-of-news-distortion-in-vice-president-kamala-harris-interview-center-for-american-rights-files-formal-fcc-complaint

[6] Brian Flood and Alba Cuebas-Fantauzzi, *FCC commissioner explains if CBS could be in hot water over controversial '60 Minutes'*, Fox News (Oct. 18, 2024), https://archive.is/mdpnW#selection-1423.0-1463.8

[7] CBS News, *A statement from 60 Minutes* (Oct. 20, 2024), https://www.cbsnews.com/news/60-minutes-statement/.

[8] Michael Dobbs and Howard Kurtz, *Expert Cited by CBS Says He Didn't Authenticate Papers*, The Washington Post (September 14, 2004), https://web.archive.org/web/20110514062505/http://www.washingtonpost.com/ac2/wp-dyn/A18982-2004Sep13?language=printer; Brian Ross and Howard Rosenberg, *Document Analysts: CBS News Ignored Doubts*, ABC News (September 14, 2004), https://abcnews.go.com/WNT/Investigation/Story?id=131423&page=1; *CBS Ousts 4 over Bush Guard story*, Associated Press (January 10, 2005), https://www.nbcnews.com/id/wbna6807825

Edward Andrew Paltzik, Esq.
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 516.526.0341  e edward@bochner.law  w bochner.law

We therefore demand that you immediately provide and publicly release the full, unedited transcript of the *60 Minutes* Interview with Kamala Harris. Additionally, in contemplation of possible litigation, we demand that you preserve all communications and documents relating to this Interview, together with any edits of the Interview's content, and that you refrain from destroying any relevant communications or documents. Kindly confirm receipt of this letter within 48 hours and further confirm your intention to cooperate with these demands. We appreciate your anticipated cooperation.

All rights reserved.

      Sincerely,

      *Edward Paltzik*

      Edward Andrew Paltzik
      *Counsel to President Donald J. Trump*