UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CBS BROADCASTING INC., a New York corporation and CBS INTERACTIVE INC., a Delaware Corporation <br><br> Defendants. | Case No.: 2:24-CV-00236-Z <br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, PRESIDENT DONALD J. TRUMP, an Individual, (hereinafter "TRUMP"), and, in accordance with Local Rules 3.1(f) and 7.4, submits the following Certificate of Interested Persons showing a listing of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which, to Defendant's knowledge, are financially interested in the outcome of this case:

1. President Donald J. Trump, an Individual
   Resident of Florida
   *Plaintiff*

2. CBS Broadcasting, Inc.
   New York corporation with its principal place of business in New York
   *Defendant*

1

3. CBS Interactive Inc.
   Delaware corporation with corporate offices in New York
   *Defendant*

4. Edward Andrew Paltzik
   Bochner PLLC
   1040 Avenue of the Americas
   15th Floor
   New York, NY 10018
   (516) 526-0341
   edwardb@bochner.law
   *Attorneys for Plaintiff*

5. Daniel Z. Epstein, J.D., Ph.D.
   Texas Bar No. 24110713
   16401 NW 37th Avenue, #209E
   Miami Gardens, FL 33054
   (202) 240-2398
   dan@epsteinco.co
   *Applying for admission Pro Hac Vice*
   *Attorneys for Plaintiff*

6. Chris D. Parker
   Farris Parker & Hubbard
   P. O. Box 9620
   Amarillo, TX  79105-9620
   806-374-5317; FAX:  806-372-2107
   cparker@pf-lawfirm.com
   *Attorneys for Plaintiff*

        Respectfully submitted,

        EDWARD ANDREW PALTZIK
        Texas Bar No. 24140402
        Bochner PLLC
        1040 Avenue of the Americas
        15th Floor
        New York, NY 10018
        (516) 526-0341
        edwardb@bochner.law

        */s/  Edward Andrew Paltzik*
        Edward Andrew Paltzik

>DANIEL Z. EPSTEIN
>Texas Bar No. 24110713
>16401 NW 37th Avenue, #209E
>Miami Gardens, FL 33054
>(202) 240-2398
>dan@epsteinco.co
>
>　　/s/　Daniel Z. Epstein
>Daniel Z. Epstein
>*(applying for admission **pro hac vice**)*
>
>CHRIS D. PARKER
>Texas Bar No. 15479100
>Farris Parker & Hubbard
>A Professional Corporation
>P. O. Box 9620
>Amarillo, TX 79105-9620
>(806) 374-5317 (T)
>(806) 372-2107 (F)
>cparker@pf-lawfirm.com
>
>　　/s/　Chris D. Parker
>Chris D. Parker

## CERTIFICATE OF SERVICE

　　I certify that a copy of the foregoing document was served pursuant to the Federal Rules of Civil Procedure on the 31st day of October, 2024, via the Northern District's electronic filing notification system.

>　　/s/ Chris D. Parker
>Chris D. Parker