## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:24-CV-00236-Z

Plaintiff:
**PRESIDENT DONALD J. TRUMP**

vs.

Defendant:
**CBS BROADCASTING INC., a New York corporation and CBS INTERACTIVE INC., a Delaware corporation**

For:
Chris Parker - New
FARRIS PARKER AND HUBBARD
P. O. Box 9620
Amarillo, TX 79105

Received by Candace Faye Humphreys on the 4th day of November, 2024 at 11:14 am to be served on **CBS Interactive Inc. By Serving its Registered Agent: Corporation Service Company d/b/a CSC - Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Candace Faye Humphreys, being duly sworn, depose and say that on the **4th day of November, 2024** at **2:57 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBITS A - D** with the date of delivery endorsed thereon by me, to **Jim Herriman, Corporation Service Company d/b/a CSC - Lawyers Incorporating Service Company** as the designated agent to accept delivery of process at the address of **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **CBS Interactive Inc.** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 4th day of November, 2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2028

_____
**Candace Faye Humphreys**
PSC-23879, Exp. 2/28/2026

Date: 11/04/2024

Kim Tindall & Associates
16414 San Pedro
Ste. 900
San Antonio, TX 78232
(210) 446-3321

Our Job Serial Number: KTA-2024004445

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a