IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DONALD J. TRUMP,

    Plaintiff,

v.                                      2:24-CV-236-Z

CBS BROADCASTING INC., *et al.*,

    Defendants.

## ORDER

Before the Court is Plaintiff's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 5), filed November 4, 2024. Daniel Z. Epstein represents that he has read — and will comply with — both *Dondi Props. Corp. v. Com. Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas. And he identifies local counsel consistent with Local Rule 83.10. Thus, the Application is **GRANTED**.

**SO ORDERED.**

November 12, 2024

                                                      MATTHEW J. KACSMARYK
                                                      UNITED STATES DISTRICT JUDGE