IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>                Plaintiff,<br><br>   v.<br><br>CBS BROADCASTING INC. & CBS INTERACTIVE INC.,<br><br>                Defendants. | Case No. 2:24-cv-00236-Z |

**AMENDED RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT
CBS BROADCASTING INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.4, Defendant CBS Broadcasting Inc. provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock: CBS Broadcasting Inc. is a wholly-owned subsidiary of Paramount Global. Paramount Global is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. Paramount Global is not aware, without further inquiry, of any publicly held corporation owning 10% or more of its total common stock, i.e., Class A and Class B on a combined basis.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case: CBS Interactive Inc., CBS Broadcasting Inc., Paramount Global, and National Amusements, Inc.

Dated: November 19, 2024

/s/ Thomas C. Riney

**UNDERWOOD LAW FIRM, PC**

Thomas C. Riney
500 South Taylor Street, Unit 233
Amarillo, TX 79101-2446
Phone: (806) 379-0386
Email: tom.riney@uwlaw.com

**JACKSON WALKER**

Marc Fuller
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Phone: (214) 953-5793
Email: mfuller@jw.com

**DAVIS WRIGHT TREMAINE LLP**

Elizabeth A. McNamara (*pro hac vice* forthcoming)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com

*Attorneys for CBS Broadcasting Inc.*