IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DONALD J. TRUMP,

    Plaintiff,

v.

CBS BROADCASTING INC., *et al.*,

    Defendants.

2:24-CV-236-Z

# ORDER

Before the Court is Defendants' Agreed Motion to Extend Time to Respond to Complaint ("Motion") (ECF No. 9), filed November 19, 2024. Defendants seek to "extend the deadline for Defendants to move, answer, or otherwise respond to the Complaint to December 6, 2024." ECF No. 9 at 1. Plaintiff does not oppose the extension. *Id.* at 1–2. The Court **GRANTS** the Motion. Defendants are **ORDERED** to move to dismiss or answer the Complaint **on or before December 6, 2024**.

    **SO ORDERED**.

November 22, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE