# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>      Plaintiff,<br><br> v.<br><br>CBS BROADCASTING INC. &<br>CBS INTERACTIVE INC.,<br><br>      Defendants. | Case No. 2:24-cv-00236-Z |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Respectfully submitted,

**UNDERWOOD LAW FIRM, P.C.**

/s/ *Thomas C. Riney*
Thomas C. Riney
State Bar No. 16935100

/s/ *C. Jason Fenton*
C. Jason Fenton
State Bar No. 24087505

PO Box 9158 (79105-9158)
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
tom.riney@uwlaw.com
jason.fenton@uwlaw.com

**JACKSON WALKER**

/s/ *Marc A. Fuller*
Marc A. Fuller
State Bar No. 24032210

2323 Ross Ave., Ste. 600
Dallas, TX 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
mfuller@jw.com

**DAVIS WRIGHT TREMAINE LLP**

/s/ *Elizabeth A. McNamara*
Elizabeth A. McNamara - *Admitted Pro Hac Vice*

/s/ *Jeremy A. Chase*
Jeremy A. Chase - *Admitted Pro Hac Vice*

/s/ *Alexandra Perloff-Giles*
Alexandra Perloff-Giles - *Admitted Pro Hac Vice*

1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 489-8230
elizabethmcnamara@dwt.com
jeremychase@dwt.com
alexandraperloffgiles@dwt.com

*ATTORNEYS FOR CBS BROADCASTING INC. AND CBS INTERACTIVE INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

/s/Thomas C. Riney
  Thomas C. Riney