# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

PRESIDENT DONALD J. TRUMP,

    Plaintiff

v.

CBS BROADCASTING INC. &
CBS INTERACTIVE INC.,

    Defendants.

Case No. 2:24-cv-00236-Z

Bill Owens, pursuant to 28 U.S.C. § 1746, declares and says the following under penalty of perjury:

1.    I make this declaration based on my personal knowledge. I am over the age of 18 years and am fully competent to testify to the matters stated in this declaration.

2.    I have been a journalist at CBS News for thirty-six years, beginning as a summer intern covering the national political conventions during the 1988 presidential election. Currently, I am the executive producer of *60 Minutes*. I work in New York, New York, where *60 Minutes* is produced. Prior to this role, I spent twelve years supervising the broadcast's content as a senior producer and, later, as executive editor. And before that, I held a variety of roles, including covering the impeachment of President Bill Clinton and breaking major stories in the scandal surrounding that historic event.

3.    *60 Minutes* is America's No. 1 news program. In fact, 2024 marked *60 Minutes*' fiftieth straight season as the No. 1 news show on television across all broadcast and cable. Under my leadership, *60 Minutes* has been honored with its second Insight Award from the Library of

American Broadcasting Foundation (2022) and an Emmy Award for Outstanding Recorded News Program (2021). I have received numerous awards for my news reporting, including numerous Emmy Awards and an IRE Award, and I contributed to a RTDNA Edward R. Murrow Overall Excellence Award.

4.     During my tenure at *60 Minutes*, I have led the broadcast's interviews with President Joe Biden, President Donald Trump, President Barack Obama, Pope Francis, Ukrainian President Volodymyr Zelenskyy, Iranian President Ebrahim Raisi, Syrian President Bashar al-Assad, and Federal Reserve Chair Jerome Powell, among others. I have also overseen *60 Minutes*' five-year-long investigation into Havana Syndrome, which revealed for the first time that Russia may be involved in harming American government officials, and its year-long investigation into the looting of Cambodian antiquities that have ended up in American museums, including the Met.

5.     For more than half a century, *60 Minutes* has similarly interviewed the major party candidates for president in October before each election. The first interview was held in 1968 with Richard Nixon and Hubert Humphrey. Consistent with this history, in the run-up to the 2024 presidential election, *60 Minutes* planned a program with the intent that the candidates for both major presidential parties would be interviewed.

6.     While *60 Minutes* heard from President Trump's campaign that he agreed to be interviewed, the campaign later advised that President Trump was backing out of that interview. Vice President Kamala Harris accepted *60 Minutes*' invitation. *60 Minutes*' Bill Whitaker ultimately interviewed Vice President Harris.

7.     A short interview took place in person on October 3, 2024 on the campaign trail in Ripon, Wisconsin and on October 5, 2024 a nearly hour-long interview took place at the Vice President's residence at the U.S. Naval Observatory in Washington, D.C.

8.      On October 4, 2024, Bill Whitaker interviewed Governor Tim Walz in his home state of Minnesota for the same *60 Minutes* election special.

9.      *60 Minutes* prepared its special election segment with edited portions of the interviews with Vice President Harris and Governor Walz for broadcast from its studio in New York, New York, where *60 Minutes* has the majority of its business records. All editing and production work took place in New York, New York.

10.     The *60 Minutes* broadcast including the interview of Vice President Harris took place on October 7, 2024 (the "Interview"). The Interview covered a wide range of topics, including the Middle East, the Vice President's changing views on fracking, Ukraine, and her economic policy.

11.     A preview of the Interview was produced and provided by *60 Minutes* to *Face the Nation*, CBS News' Sunday morning public affairs program. *Face the Nation* is one of the longest-running news programs in the history of television, having debuted, according to CBS records, on November 7, 1954.

12.     *Face the Nation* is produced in and broadcast largely live from CBS News' studio in Washington, D.C. The preview of the *60 Minutes* interview was broadcast on *Face the Nation* on October 6, 2024, prior to the *60 Minutes*' October 7, 2024 broadcast.

13.     The most knowledgeable witnesses regarding the *60 Minutes* interview of Vice President Harris are me; *60 Minutes'* on-air correspondent Bill Whitaker; Executive Editor Tanya Simon; Producer Rome Hartman; Producer Marc Lieberman; Associate Producer Matthew Riley; Associate Producer LaCrai Scott; Associate Producer Cassidy McDonald; Executive Story Editor Claudia Weinstein; Technician Warren Lustig; and Broadcast Associate Mariah Johnson. Each of

these individuals works in New York, New York, with the exception of Mr. Hartman, who works in Washington, D.C., and each would testify about their involvement with the interview.

14.     My team produces approximately 100 segments each season for *60 Minutes*. In keeping with *60 Minutes*' standard for excellence, these segments take considerable time to produce. Were these individuals forced to travel to Amarillo, Texas throughout this litigation, it would seriously undermine their ability to gather and report the news in the regular course by pulling them away from shoots, assignments, and other production-related tasks.

15.     A true and accurate copy of the October 6, 2024 *Face the Nation* broadcast, submitted via USB flash drive to the Court, is **Exhibit A**.

16.     A true and accurate copy of a transcript of the October 6, 2024 *Face the Nation* broadcast is annexed hereto as **Exhibit B**.

17.     A true and accurate copy of the October 7, 2024 *60 Minutes* broadcast, submitted via USB flash drive to the Court, is **Exhibit C**.

18.     A true and accurate copy of a transcript of the October 7, 2024 *60 Minutes* broadcast is annexed hereto as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of December 2024 in Washington, D.C.

By: _Wm: Owens_
Bill Owens

# Exhibit A

True and correct copy of the October 6, 2024 episode of
*Face the Nation* on a flash drive submitted to the Court

# Exhibit B

FACE THE NATION
October 6, 2024
10:30 AM

MARGARET BRENNAN: I'm Margaret Brennan in Washington.

And this week on Face the Nation: Officials here and abroad are bracing for more conflict as we approach the one-year anniversary of Hamas' brutal attack on Israel.

And President Trump goes back to Butler, Pennsylvania, 12 weeks to the day of the first attempt on his life.

Just six days into the month, and the October surprises are coming at a fast and furious pace, giving the candidates plenty of attack material for the final month on the campaign trail.

The Hurricane Helene recovery continues, and the death toll mounts, with both sides making multiple trips to the hard-hit area, home to two key battleground states.

(Begin VT)

DONALD TRUMP (Former President of the United States (R) and Current U.S. Presidential Candidate): People are dying in North Carolina. They're dying all over. There's five, six states. They're dying, and they're getting no help from our federal government, because they have no money, because their money's been spent on people that should not be in our country.

(End VT)

MARGARET BRENNAN: We will fact-check that talking point and tell you why disinformation is rampant in the region.

Then: Can Vice President Harris tighten the gap between her economic record and Trump's following a surprisingly strong jobs report and a drop in unemployment?

(Begin VT)

KAMALA HARRIS (Vice President of the United States (D) and U.S. Presidential Candidate): America lost nearly 200,000 manufacturing jobs when he was president, including tens of thousands of jobs in Michigan, making Donald Trump one of the biggest losers of manufacturing jobs in American history.

(CHEERING)

(End VT)

MARGARET BRENNAN: We will talk to two senators from battleground states, Arizona Democrat Mark Kelly and North Carolina Republican Thom Tillis.

Plus: On the eve of the one-year anniversary of the Hamas massacre in Israel, where does the war stand today, now that Iran has entered the conflict?

We will have the latest from House Intelligence Committee Chairman Mike Turner, former CENTCOM Commander General Frank McKenzie. And Catherine Russell from UNICEF updates us on the impact of the war on the region's children.

It's all just ahead on Face the Nation.

Good morning, and welcome to Face the Nation.

As we begin this broadcast, the airstrikes from Israel into Gaza and Southern Beirut are ongoing, and there is no end in sight to the war that is about to enter its second year.

The question of just how effective U.S. leadership has been and potentially would be in a new administration when it comes to Israel is one raised frequently on the campaign trail.

For a special election edition of 60 Minutes that will air Monday, our Bill Whitaker sat down with Vice President Harris and asked her about U.S. influence with Israeli Prime Minister Benjamin Netanyahu.

(Begin VT)

BILL WHITAKER: We supply Israel with billions of dollars in military aid, and yet Prime Minister Netanyahu seems to be charting his own course. The Biden/Harris administration has pressed him to agree to a cease-fire. He's resisted.

You urged him not to go into Lebanon. He went in anyway. He has promised to make Iran pay for the missile attack, and that has the potential of expanding the war. Does the U.S. have no sway over Prime Minister Netanyahu?

KAMALA HARRIS (Vice President of the United States (D) and U.S. Presidential Candidate): The aid that we have given Israel allowed Israel to defend itself against 200 ballistic missiles that were just meant to attack the Israelis and the people of Israel.

And when we think about the threat that Hamas, Hezbollah presents, Iran, I think that it is without any question our imperative to do what we can to allow Israel to defend itself against those kinds of attacks.

Now, the work that we do diplomatically with the leadership of Israel is an ongoing pursuit around making clear our principles, which include the need for humanitarian aid, the need for this war to end, the need for a deal to be done which would release the hostages and create a cease-fire.

And we're not going to stop in terms of putting that pressure on Israel and in the region, including Arab leaders.

BILL WHITAKER: But it seems that Prime Minister Netanyahu is not listening.

VICE PRESIDENT KAMALA HARRIS: Well, Bill, the work that we have done has resulted in a number of movements in that region by Israel that were very much prompted by or a result of many things, including our advocacy for what needs to happen in the region.

BILL WHITAKER: Do we have a real close ally in Prime Minister Netanyahu?

VICE PRESIDENT KAMALA HARRIS: I think, with all due respect, the better question is, do we have an important alliance between the American people and the Israeli people? And the answer to that question is yes.

(End VT)

MARGARET BRENNAN: The special prime-time election edition of 60 Minutes airs Monday night at 8:00 p.m. on CBS.

After initially accepting 60 Minutes' request for an interview with Scott Pelley, former President Trump's campaign has decided not to participate.

Yesterday, former President Trump held a campaign rally in Butler, Pennsylvania, three months after he was injured in the assassination attempt that killed retired firefighter Corey Comperatore and injured two other attendees. Mr. Trump paid tribute to the victims and thanked first responders and Secret Service agents who protected him on July 13.

Despite the somber tone, Mr. Trump, his son Eric and running mate J.D. Vance all implied that their political opponents were responsible for the attempt on Mr. Trump's life.

(Begin VT)

DONALD TRUMP (Former President of the United States (R) and Current U.S. Presidential Candidate): Over the past eight years, those who want to stop us from achieving this future have slandered me, impeached me, indicted me, tried to throw me off the ballot, and, who knows, maybe even tried to kill me.

ERIC TRUMP (Executive Vice President, Trump Organization): And then, guys, they tried to kill him. They tried to kill him. And it's because the Democratic Party, they can't do anything right. They can't do anything right.

SENATOR J.D. VANCE (R-Ohio) (Vice Presidential Candidate): To Kamala Harris, how dare you talk about threats to democracy? Donald Trump took a bullet for democracy. What the hell have you done?

(CHEERING)

(End VT)

MARGARET BRENNAN: We turn now to the chairman of the House Intelligence Committee, Ohio Republican Mike Turner.

Good to have you back with us.

REPRESENTATIVE MIKE TURNER (R-Ohio): Thanks for having me, Margaret.

MARGARET BRENNAN: I want to get to the Middle East, but first on this issue of concern regarding political violence.

Would you agree that language like what we just heard there is unhelpful?

REPRESENTATIVE MIKE TURNER: Well, I think it certainly characterizes the reality that Donald Trump has had two attempts on his life.

And I do think that there is work that needs to be done both by the administration and by Vice President Harris. The administration has come out and publicly stated – Matt Olsen from the Department of Justice on CBS News acknowledged that there is an active, ongoing threat from Iran to kill – actively plotting to kill Donald Trump.

You have had no statements from the administration towards Iran as to what that would be, which would be an act of war. And you don't have any statements from Vice President Harris condemning this or even recognizing that there's an active plot from a foreign nation to kill her opponent.

I think there's certainly a role for her to play and for the president to play in this in both identifying that there are threats against Donald Trump that need to be acknowledged and responded to deter. I think all the candidates need to de-escalate certainly in their language.

MARGARET BRENNAN: But it is the Biden/Harris Justice Department – Matt Olsen works for them – who laid out those charges about the Iranian state.

You don't mean to imply here anything that would suggest Eric Trump's allegations that Democrats are trying to kill him, correct?

REPRESENTATIVE MIKE TURNER: No, of course not.

MARGARET BRENNAN: OK.

REPRESENTATIVE MIKE TURNER: But I do think that Vice President Harris needs to actively state and acknowledge that her administration is saying a foreign power, which would be an act of war…

MARGARET BRENNAN: Sure.

REPRESENTATIVE MIKE TURNER: … is actively trying to kill her opponent.

They have…

MARGARET BRENNAN: OK. That's a different question.

REPRESENTATIVE MIKE TURNER: This administration has made stronger statements about Iran's hacking activities than they have about the active plot to kill Donald Trump, which the administration acknowledged is ongoing.

MARGARET BRENNAN: Well, because of the concern in regard to anti- government violence in this country and domestic violent extremists, the language specific to who is carrying this out, I think you would agree, is important.

REPRESENTATIVE MIKE TURNER: Well, I think I absolutely agree that there needs to be a toning down on rhetoric on both sides.

But there has to be an acknowledgement, which has not happened from Vice President Harris, that there's active plots from a foreign nation to kill her opponent.

MARGARET BRENNAN: Do you want the FBI to release the results of its investigations prior to November 5, as Senator Rubio on Senate Intelligence has called for?

REPRESENTATIVE MIKE TURNER: Its investigations into the assassination attempts?

MARGARET BRENNAN: The two assassination attempts, at this point…

REPRESENTATIVE MIKE TURNER: Yes. Well, they…

MARGARET BRENNAN: … which are not substantiated to have any ties to the state of Iran or to political actors at this time.

REPRESENTATIVE MIKE TURNER: Well, actually, then it really can't be said that they're – saying that there have been no substantiated ties doesn't mean that the investigation has concluded that there are no ties.

MARGARET BRENNAN: Right.

REPRESENTATIVE MIKE TURNER: And I want those investigations to come to a conclusion and determine whether or not either of these plots have any nexus or connection to the active plot the administration is saying that Iran is plotting and attempting to kill Donald Trump, which, again, this administration needs to make clear to Iran that would be an act of war and needs to have a very strong response from the administration.

MARGARET BRENNAN: Well, before the investigation is concluded, because it may not wind up before November the 5th, would you like the FBI to make public some of its findings to rule out some of the conspiracy theories like we just heard from that stage, that the political opposition is responsible?

REPRESENTATIVE MIKE TURNER: I don't think they'd be able to do that.

MARGARET BRENNAN: You don't think they would be able to?

REPRESENTATIVE MIKE TURNER: I think they need to conclude, and they need to get to truth. I don't think they would be able to get to a point to release information that would conclusively indicate that either of those individuals acted completely alone.

MARGARET BRENNAN: I want to turn to the Middle East.

You have already taken us there in talking about Iran specifically, but the – where we are right now is nearly exactly a year from that terrorist attack on October the 7th. You called that a huge intelligence failure from the Israelis when it happened.

Given all that has happened in recent weeks, I wonder what you assess about Israeli intelligence now.

REPRESENTATIVE MIKE TURNER: Well, the United States is working cooperatively with Israel in ways that we were not necessarily working prior to October 7.

And I do think that Israel has changed its focus in its intelligence collecting and its assessments of its intelligence. I mean, they certainly have risen to the occasion to understand that they're in an active conflict and looking to ways to diminish the capabilities of their adversaries.

MARGARET BRENNAN: That nearest adversary at the moment appears to be the government of Iran.

What should the 40,000 U.S. troops that President Biden has deployed to the region be bracing for? Are you concerned that the United States will get drawn into this conflict if Israel carries out strikes on Iran?

REPRESENTATIVE MIKE TURNER: Right, so this is another area where the administration has not risen to the occasion.

President Biden said that the nuclear program of Iran is off the table, it should not be a valid military target by Israel and or the United States.

MARGARET BRENNAN: Do you think it should be?

REPRESENTATIVE MIKE TURNER: Absolutely.

In fact, the president himself, President Biden, has previously said that the United States would not allow Iran to get a nuclear weapon and that he would use military action if necessary. His

own secretary of state has said more than two weeks ago that Iran's breakout time to become a nuclear state was two weeks.

MARGARET BRENNAN: Right.

REPRESENTATIVE MIKE TURNER: So you have Iran now actively…

MARGARET BRENNAN: But it's still not weaponizing. U.S. intelligence has not said Iran has made the decision to create a weapon.

REPRESENTATIVE MIKE TURNER: They have not publicly stated the current status of the program, other than what Blinken has said, that the breakout time was two weeks.

MARGARET BRENNAN: Right.

REPRESENTATIVE MIKE TURNER: The – looking to proportionality, where Biden says that Israel can only respond in proportion, is as if this administration says, Iran – Israel can send 200 missiles into Israel, and as long as we have missile defense that takes them out, we won't look at Iran's provocation there, trying to kill and destroy individuals and towns in Israel.

That should be the response. The understanding should be that Iran has moved beyond their proxies, Hamas, Hezbollah, and Houthis, to have direct attacks to Israel, and Israel needs to be able to defend itself, and Iran needs to pay a price.

MARGARET BRENNAN: Well, the CENTCOM commander is currently in Israel helping to advise some of the Israeli military.

But, just to be clear, the United States really only has the equipment that could take out the kind of underground facilities that are essential to the Iranian nuclear program. Are you advocating for the United States to be involved in offensive action?

REPRESENTATIVE MIKE TURNER: I believe it's completely irresponsible for the president to say that it is off the table, when he's previously said it's on the table. For him to give Iran the comfort that their actions of attacking directly Iran will not have any consequences for their nuclear weapons program is irresponsible.

MARGARET BRENNAN: So, not a yes or no?

But I want to ask you about something that's happening in your district, because you have a vested interest in what's happening in Springfield, Ohio. This is the town that's gotten so much attention in the past few weeks because of the Haitian migrant population there.

Going all the way back to February, you have been sending letters asking for federal help. You have brought some of the local officials here to Washington to advocate and how to deal with the strain of the population growth.

Have you gotten the federal help you have asked for Springfield, Ohio?

REPRESENTATIVE MIKE TURNER: No.

And Mayor Rue has done an excellent job in Springfield, both in advocating and in trying to pull the community together. He's come here. We have taken him to the federal agencies that have the type of funding that should be released for what is a federally created problem.

The Biden administration, through expanding the parole program, I believe illegally, brought 500,000 people here from Cuba, Venezuela, Haiti and others. And 15,000 to 20,000 people settled in Springfield, Ohio.

But then the administration did something even more shocking last week. They indicated that they were not going to extend the temporary protected status that these individuals have…

MARGARET BRENNAN: Right.

REPRESENTATIVE MIKE TURNER: … which could result in their going into an illegal status.

And Springfield would have – these individuals would not have any direct federal support, and the community would get no additional assistance as to how to handle this almost 10 percent of the population of the city…

MARGARET BRENNAN: Yes.

REPRESENTATIVE MIKE TURNER: … that now would fall into an illegal status as a result of the administration terminating their protected status.

MARGARET BRENNAN: Which may happen in the coming year.

REPRESENTATIVE MIKE TURNER: In months.

MARGARET BRENNAN: So this could be an issue for the next president, whoever that president is.

Congressman, thank you for explaining.

REPRESENTATIVE MIKE TURNER: Thank you.

MARGARET BRENNAN: Face the Nation will be back in a minute. Stay with us.

(ANNOUNCEMENTS)

MARGARET BRENNAN: Joining us now is Arizona's Democratic Senator Mark Kelly. He's in Detroit this morning on the campaign trail for the Harris campaign.

Good morning to you, Senator.

SENATOR MARK KELLY (D-Arizona): Good morning, Margaret.

MARGARET BRENNAN: I want to talk to you about Arizona, but let's start in Michigan, which is where you are right now. And it is going to be such a key state to a potential Harris or Trump victory.

Vice President Harris is facing challenges among black men, working-class people, as well as the Muslim and Arab population skeptical of the White House support for Israel's wars. What are you hearing on the ground there from voters?

SENATOR MARK KELLY: Well, my wife, Gabby Giffords, and I have been out here for a couple days.

We have been campaigning across the country. Michigan. I have been in North Carolina, Georgia as well. I will be back to Arizona here soon. The vice president was out here speaking

to Muslim organizations and the Arab community about what is at stake in this election and addressing the concerns that they have.

Well, we're hearing issues about the economy, about gun violence, about supporting American families and the difference between Donald Trump and Kamala Harris, Kamala Harris, who has a vision for the future of this country, Donald Trump, who just wants to drag us backwards.

MARGARET BRENNAN: Today, in Dearborn, Michigan, there's a funeral service for an American man who was killed in Lebanon by an Israeli airstrike.

It just underscores how that community you're talking about out in Michigan feels some of what's happening in a personal way to their community. Given how close this race is, do you think this war and the expectation it could escalate could cost Democrats both a seat in the Senate and potentially the presidency?

SENATOR MARK KELLY: Margaret, nobody wants to see escalation. And it's tragic when any innocent person, whether it's an American or a Palestinian, lose their life in a conflict.

Tomorrow is one year since October 7, when Israel was violently attacked. Israel has a right to defend itself, not only from Hamas, but from Hezbollah and from the Iranians.

But I and my wife, we feel for the community here who's been affected by this. And that's why the vice president was out here earlier, a few days ago, meeting with that community.

MARGARET BRENNAN: But it's a live issue.

SENATOR MARK KELLY: Yes, sure. I mean, there is an ongoing conflict in the Middle East.

Israel is fighting a war now on, I think it's fair to say, two fronts, and then being attacked by the Iranians as well. And they need to defend themselves, and we need to support our Israeli ally.

At the same time, when women and children lose their life, innocent people in a conflict, it is tragic.

MARGARET BRENNAN: You do sit on the Senate Intelligence Committee, and so I know you know how intense the efforts are by foreign actors to try to manipulate voters going into November.

Just this Friday, Matthew Olsen, the lead on election threats at the Department of Justice, told CBS the Russians are – quote – "highlighting immigration" as a wedge issue. That is such a key issue in Arizona.

Are you seeing targeted information operations really focusing in on Arizonans right now?

SENATOR MARK KELLY: Not only in Arizona and other battleground states. It's the Russians, the Chinese, the Iranians. And it's significant.

And we need to do a better job getting the message out to the American people that there is a huge amount of misinformation. If you're looking at stuff on Twitter, on TikTok, on Facebook, on Instagram, and it's political in nature, and you might think that person responding to that political article or who made that meme up is an American.

It could be – it could look like a U.S. service member. There is a very reasonable chance – I would put it in the 20 to 30 percent range – that the content you are seeing, the comments you are seeing are coming from one of those three countries, Russia, Iran, China.

We had a hearing recently…

MARGARET BRENNAN: Yes.

SENATOR MARK KELLY: … with the FBI director, the DNI, and the head of the National Security Agency.

And we talked about this. And we talked about getting the word out. And it's up to us. So, thank you for asking me the question, because it's up to us, the people who serve in Congress and in the White House, to get the information out there that there is a tremendous amount of misinformation in this election.

MARGARET BRENNAN: Yes.

SENATOR MARK KELLY: And it's not going to stop on November 5.

MARGARET BRENNAN: Understood. And we will do our best to help parse that for viewers.

But on the topic of the border, President Biden did announce just this past week new regulations to keep in place that partial asylum ban that he rolled out back in June. That's what's credited with helping to bring down some of the border crossing numbers in recent weeks.

It was supposed to be a temporary policy, dependent on how many people were crossing at a time. Do you think this is the right long-term policy or is this just a gimmick to bring down numbers ahead of the election?

SENATOR MARK KELLY: Well, the right long-term policy is to do this through legislation.

And we were a day or two away from doing that, passing strong border security legislation, supported by the vice president, negotiated by the vice president and the president and his Department of Homeland Security with Democrats and Republicans.

MARGARET BRENNAN: Right. But this is not legislation.

SENATOR MARK KELLY: This was bipartisan.

This isn't. But the legislation was killed by Donald Trump. We were really close to getting it passed. That's the correct way to do this.

When you can't do that, Margaret, when a former president interrupts the legislative process, the way he did, which is the most hypocritical thing I have ever seen in my 3.5 years in the Senate…

MARGARET BRENNAN: Mm-hmm.

SENATOR MARK KELLY: … after that happened, the only other option is executive actions.

And this has gone from what was chaos and a crisis at our southern border to somewhat manageable.

MARGARET BRENNAN: Yes.

SENATOR MARK KELLY: And if you're the Border Patrol, this is – this – you need this.

I mean, otherwise, it is unsafe for Border Patrol agents…

MARGARET BRENNAN: OK.

SENATOR MARK KELLY: … for CBP officers, for migrants, for communities in Southern Arizona.

MARGARET BRENNAN: Yes.

SENATOR MARK KELLY: So, it's unfortunate that this was the step – these were the steps that had to be taken.

MARGARET BRENNAN: OK.

SENATOR MARK KELLY: But that's because the former president didn't allow us to do this through legislation.

MARGARET BRENNAN: Senator, we have to leave it right there.

Face the Nation will be right back.

(ANNOUNCEMENTS)

MARGARET BRENNAN: We're joined by North Carolina Republican Senator Thom Tillis. His state is among six recovering from Hurricane Helene, and he joins us from Charlotte.

Senator, I am sorry for the losses that you have experienced, 116 dead, your state hit the hardest here. What does North Carolina need?

SENATOR THOM TILLIS (R-North Carolina): We need increased attention. We need to continue to increase the surge of federal resources.

I'm glad to see finally we're getting movement out of Fort Liberty and out of Kentucky with the 82nd Airborne, 101st. This is unlike anything that we have seen in this state. The scope of it is the size of the state of Massachusetts.

MARGARET BRENNAN: OK.

SENATOR THOM TILLIS: And we need all hands on deck.

MARGARET BRENNAN: Senator, I want to talk in depth about exactly what you need on the other side of this commercial break.

Stay with us.

(ANNOUNCEMENTS)

MARGARET BRENNAN: Welcome back to FACE THE NATION. We continue with North Carolina Republican Senator Thom Tillis.

Senator, before the break you were telling us that you had finally seen some movement from the 82nd Airborne. I know President Biden ha approved 1,000 U.S. Army personnel to supported the National Guard. What is happening as of today? Are those resources reaching who needs them?

SENATOR THOM TILLIS (R-NC): They are beginning to move. I think they're moving a little bit more slowly than I had hoped. That's why we have - why we're working with the ground.

I want to thank all the local, state, federal responders out there. They're doing extraordinary work.

But we've got to plus up the resources out there into some of the hardest hit areas. Areas that we haven't even reached yet. And I, for one, think that can be done through the - through the leadership of an active duty DOD personnel, working with the state and - and with the National Guard. We just need to surge more resources.

We've got to clear roads. Most roads you still have to assume are closed in western North Carolina. I've been out there twice this week. I'll be out there every day - last week, every day this week. But just the basics of debris removal, the rescue operations, things that the Department of Defense, the 82nd Airborne, the 101st are accustomed to doing in battle situations are exactly what we need in western North Carolina.

MARGARET BRENNAN: So, you would prefer the military be in the lead and not FEMA, is that right?

SENATOR THOM TILLIS: What I believe is that it has to be a coordinated response. And FEMA knows how to do this well. And they've done it in other major disaster events.

The - the American people and people in North Carolina need to understand, the scope of this storm is more like Katrina. It may look like a flood to the outside observer, but again, this is a land mass roughly the size of the state of Massachusetts, with damage distributed throughout. We have to get the maximum resources on the ground immediately to finish rescue operations and then, sadly, be there for recovery and rebuilding.

MARGARET BRENNAN: I notice that a state senator in North Carolina named Kevin Corbin (ph) had been posting on Facebook asking people to stop conspiracy theory junk, as he called it, including claims the government's controlling the weather or stealing donation money.

Who or what is fueling that kind of misinformation, and do you think it's harming recovery efforts?

SENATOR THOM TILLIS: Well, Margaret, when - when people - I've - I've been involved in a number of storm responses. And this is when, I believe, discipline is absolutely essential. Kevin is a friend of mine, and he's right to call out people. Many of these – these observations are not even from people on the ground.

I believe that we have to stay focused on rescue operations, recovery operations, clearing operations. And we don't need any of these distractions on the ground. It's at the expense of the hard working first responders and people that are just trying to recover their life. So, I think they should listen to Kevin's advice and do the same.

Look, if there are any challenges, call my office. We'll track them down if they're real issues. But, quite honestly, most of what I've seen out there is a distraction and not helping the core of the effort right here, which is to save lives and start rebuilding.

MARGARET BRENNAN: Former President Trump claimed the federal response in North Carolina was terrible and emergency funding is being spent on immigrants. Do you know what he's talking about?

SENATOR THOM TILLIS: Well, here, let's - let's stipulate the fact that –

MARGARET BRENNAN: Is he right?

SENATOR THOM TILLIS: I think that the president is right to say that billions of dollars is being spent as a result of Biden's failed immigration policies and border policies. However, we have

the resources that we need. We're going to have to go back and pass more resources. We could have a discussion about the failure of this administration's border policies and the billions of dollars it's costing. But right now, not yet is it effecting the flow of resources to western North Carolina.

MARGARET BRENNAN: It is not a factor, to be clear. OK.

SENATOR THOM TILLIS: Not at this time.

MARGARET BRENNAN: OK.

Homeland Security is projecting that FMEA can meet the immediate needs. But they're not sure if we can make it all the way through hurricane season without more federal help. You're asking for federal help, but the speaker of the House has - has said he's not calling people back early to vote for approve it.

Are you going to try to persuade him otherwise when he comes to North Carolina this week?

SENATOR THOM TILLIS: Well, I think we have to look at it, because, Margaret, we've got a storm that's about to hit Florida that's going to occur - have additional FEMA surge resource requests over the next week or so. I mean we're talking about a - a major rain event that's forming down in the Gulf Coast. It's supposed to hit the - two-thirds of the state of Florida. Other events could actually draw those funds down.

I'm in the camp of, let's go back. We already know that we need additional resources. Let's make sure that there's never a second - there - there's never attention drawn to whether or not they can move accounts around to - to respond to all these floods. Not just in North Carolina, but the storm events.

So, I'm in the camp of, let's go provide some certainty, and then we can come back and do more after the election.

MARGARET BRENNAN: Well, that election is coming soon. And it's not the federal government that administers it, as you know. But we do know in your state there are some concerns that Helene could impact the ability of North Carolinians to either vote in person or via absentee ballot. What is the state doing at this point? Does there need to be more attention to that?

SENATOR THOM TILLIS: The state's doing a great job. I've spoken with Leaders Berger (ph) and Speaker Moore (ph) and - and others in the legislature. They're coming back this week. They're taking lessons from Louisiana, a number of other states who have had to provide ballot access and voting access in difficult situations like this. They will be passing legislative matters this week to address it. I think that North Carolina will be prepared to make sure that everybody who wants to vote will have access to the ballot and vote before Election Day or on Election Day.

MARGARET BRENNAN: All right, Senator, a developing story. We'll continue to track.

We'll be right back.

(ANNOUNCEMENTS)

MARGARET BRENNAN: We go now to our Imtiaz Tyab in Lebanon, who reports that after one year of fighting in the Middle East, the toll on civilians, especially women and children, remains high.

(BEGIN VT)

IMTIAZ TYAB (voice over): It's been one year since Hamas' brutal October 7th attacks. Since then, Israel has been waging a war on multiple fronts. In Gaza, which is now in near total ruins, over 41,000 Palestinians have been killed, mainly women and children. Close to 97,000 have been injure and nearly all hospitals have been destroyed as Israel's war with Hamas shows no sign of letting up.

While in the West Bank, Israeli forces have carried out massive raids across the occupied territory.

IMTIAZ TYAB: Well, we're here in one of several villages in the Israeli occupied West Bank. Palestinian villages, where the situation is extremely tense following Israel's decision to launch what's being described as one of the largest operations it's conducted here in the west bank in decades.

IMTIAZ TYAB (voice over): Since October 7th, 741 Palestinians, including 163 children have been killed in the West Bank and east Jerusalem.

But it's in Lebanon where Israeli attacks are only intensifying, following the wave of booby-trapped pager explosions, targeting Hezbollah members. Then, the assassination of its leader, Hassan Nasrallah, just over a week ago, triggering violence that seen more than 1.2 million people displaced and over 2,000 killed.

IMTIAZ TYAB: This was once a five-story building. And it's pretty much all but obliterated. OK, we don't know exactly what that was. That, clearly, a very loud strike in the distance. And it really just underscores the situation across southern Beirut as Israel continues to strike it heavily.

IMTIAZ TYAB (voice over): Some fleeing that violence have found shelter at Beirut's Blue Mosque, like 14-year-old Mustafa Elmuso (ph), who showed us the pet birds he couldn't bear to leave behind.

UNIDENTIFIED MALE: A rocket fell so close to us, he says.

IMTIAZ TYAB: You must have been so scared?

UNIDENTIFIED MALE: Yes.

IMTIAZ TYAB: You were?

UNIDENTIFIED MALE: Yes.

(END VT)

IMTIAZ TYAB (on camera): And over the past week Israel has also targeted the Houthis in Yemen, various groups in Syria and Iraq, and is now confronting Iran directly as the region braces for Israel's response to the Iranian ballistic missile attack this week following the assassination of its key alley, Hezbollah leader Hassan Nasrallah.

Now, overnight, Israeli Prime Minister Benjamin Netanyahu said Israel will win with or without the support of its allies.

Margaret.

MARGARET BRENNAN: That's Imtiaz Tyab in Beirut.

The Israeli death toll, civilian and military, standing at nearly 1,700 in the last year according to the U.S. funded National Defense University.

The impact of the war will be felt for generations, which is why we want to take a closer look at children in conflict. In Gaza, at least 14,000 kids have died, another 12,500 injured according to the U.N.

Catherine Russell is the executive director of UNICEF, the U.N. agency that helps disadvantaged children around the world.

Good morning to you.

CATHERINE RUSSELL (UNICEF Executive Director): Hello, Margaret.

MARGARET BRENNAN: I know you're deeply concerned, you have said, by what is happening right now in Lebanon. Thousands of children on the streets or in shelters because they've had to flee without supplies.

What is the speed of this escalation do to your ability to help these kids?

CATHERINE RUSSELL: Well, I think the speed and intensity is shocking, honestly. And it does make it challenging for us.

However, we have been in Lebanon. We're on ground there. We are doing a lot of work moving in tons of supplies, medical supplies and other supplies.

But I think the challenge is that the - the population, about a million people, have been displaced. And so that kind of movement makes it very challenging to try to provide the services that people need.

But I think, you know, we're there. We're doing it. Obviously, we need more resources. That's always a challenge. But I think I feel confident at this point that we can - we can meet the needs, but it - it's take - it's taking a tremendous amount of effort on our part to do it.

MARGARET BRENNAN: The U.N. refugee chief, one of your colleagues, said today that the strikes on Lebanon had violated international humanitarian law. Is that effecting your workers?

CATHERINE RUSSELL: You know, it's - I would say, for humanitarian workers, the last year has been so challenging. I mean we have lost a record number of humanitarian workers around the world. There are so many conflicts going on in so many places where they're so vulnerable.

And, of course, you know, as the - as the head of this, my operation, I worry constantly about our teams there and our staff there. And I think UNHCR, who you're referring to, they did lose two staff people in Lebanon. And that's a crushing thing to happen because these people are so amazing and they risk their lives every day to try to help children and - and - and desperate people. And to see that happen is - I s really crushing.

MARGARET BRENNAN: UNRWA told CBS that they are heading down the track to, quote, "a manmade disaster again in Gaza. I was told the food deliveries have been continuously declining since May. There are law and order challenges. That's part of the problem. One million people didn't get food in August. That number now is 1.4 million.

How bad is the malnutrition and the hygiene and the mental health of kids there?

CATHERINE RUSSELL: Yes. It's all terrible. And I think if you look at Gaza, really through the eyes of a child, it's a hellscape for children. They've been moved multiple times. They know people, their family members, who have been killed. They've been injured. They don't have enough food to eat. They don't have enough water. They don't have clean water. I think these children, you know, you mentioned it earlier, they're so traumatized by what's happening. And I think the notion that we even - even if we can get more supplies in there, the trauma that these children are suffering is going to have lifetime and even post generation challenges for them because it's just so profound and it's been almost a year of this. They really - it's hard to imagine what that's like for a child, you know? You - you - you can't really imagine anything comparable for them. And I think they have no security, they have no certainty in life. They're just really suffering every single day.

MARGARET BRENNAN: But you were able to get polio shots into kids.

CATHERINE RUSSELL: Yes.

MARGARET BRENNAN: How come you can't get them food?

CATHERINE RUSSELL: Yes, it's such a good question. I - you know, we had - I mean first, I would say, it's terrible that we had to go in and do polio vaccines, right? There hadn't been polio in Gaza for years, decades really. And, of course, we started to see some cases of it. That's because they - they're living in such terrible conditions. The water is dirty and all the rest of it.

So, we were able, with other U.N. agencies, to go in and vaccinate children for polio. We vaccinated well over half a million children. I mean 500 million children. It was a - it was a real success story. And I think the important point about that is it shows that if the authorities there help us, make it possible for us to do our work, we can do it. We can definitely do it, but we need more support so that there's security. As you say, there is not security right now. It's very dangerous to move things around. The roads are a mess. We get stuck at checkpoints. I mean it's just one logistical problem after another. And I think the polio lesson is, we can do it, and they can help us do it, if they choose to.

MARGARET BRENNAN: If there's coordinated international pressure to allow for it.

CATHERINE RUSSELL: Yes. Yes.

MARGARET BRENNAN: Moving away from the Middle East and to Africa. I know Sudan is an issue you have been trying to put on the world's radar for some time. Nearly 4 million children under five are acutely malnourishes, and there's a cholera outbreak.

CATHERINE RUSSELL: Yes.

MARGARET BRENNAN: Can you break through there, another war one?

CATHERINE RUSSELL: Sudan is - is the most alarming place for me at the moment because of the scale of it, right? It is the largest displacement crisis in the world and the largest hunger problem in the world. We have already declared that there is famine in part of Sudan, right? Children are grossly malnourishes, and children are on the verge of famine in many places where it hasn't already been declared. There's also incredible violence. Children are moving constantly. They're very vulnerable.

I was there, you know, several months ago, and the stories I heard were heartbreaking of what children had seen and experienced of this eight - 19 million children who live in Sudan, 17 million have been out of school for over a year.

MARGARET BRENNAN: Seventeen out of 19 million children are out of school?

CATHERINE RUSSELL: Out of school, yes.

MARGARET BRENNAN: Wow.

CATHERINE RUSSELL: For over a year. Right, what kind of life is this? They can't get medical supplies. It's really challenging for them.

But I will say this, I met with some children in a - in a camp that UNICEF supports. And the amazing thing was, they could still talk to me about the future, their hope for the future, which I - you know, I'm always struck by this, that children are children everywhere. And even in the most desperate places, they can have hope. But the international community has got to do better. And in Sudan, everyone has got to put pressure on the parties to stop the fighting and to stop making lives so miserable for children.

MARGARET BRENNAN: Catherine Russell, thank you.

CATHERINE RUSSELL: Thanks.

MARGARET BRENNAN: We'll be back in a moment.

(ANNOUNCEMENTS)

MARGARET BRENNAN: To discuss the ongoing conflict in the Middle East, we go now to retired General Frank McKenzie, who was the former commander of U.S. forces in the Middle East.

It's good to have you back with us, General.

We saw -

GENERAL FRANK MCKENZIE (Ret., Former Commander, United States Central Command): Good to be with you, Margaret.

MARGARET BRENNAN: We saw the U.S. and Israel say there would be severe consequences for what Iran did with those 180 missiles fired at Israel. President Biden said he doesn't support an Israeli strike on Iran's nuclear facilities and he'd be thinking instead about alternative targets to oil fields.

What do you expect the U.S. to do and what do you expect to happen in the next few days?

GENERAL FRANK MCKENZIE: Well, Margaret, let's begin by saying, Iran is the country that's in a corner. Their strike against Israel of several nights ago was not particularly successful. Their principle ally in the region, Hezbollah, has been decapitated and its own offensive capability is greatly limited. Hezbollah's is greatly limited. So, Iran's on their back heel.

Israel has a lot of choices here. They can choose for something that would be very escalatory in terms of a strike against the supreme leader himself perhaps or against the nuclear program or against the oil infrastructure, or they could look at military intelligence targets. They have a wide variety of options that they can choose from. They have the capability to execute most of those attacks.

I will say this, the nuclear target is a very difficult target. It's large and complex. I held the plans for that when I was the Central Command commander. I'm very familiar with it. There are a lot of other alternatives to that target that perhaps you could go after first, then hold that in case

you get into an escalatory ladder (ph) with the Iranians. But the Israelis are certainly going to hit back. And I predict it will be larger than the very restrained, very modulated response that we saw in April after the first large Iranian attack on Israel.

MARGARET BRENNAN: You heard the Republican chair of the House Intelligence Committee not advocate for an attack on nuclear facilities, but say it shouldn't be taken off the table. It's been widely reported for some time, General, that it's only the United States who could effectively take out the underground facilities that Iran has. Does that remain the case?

GENERAL FRANK MCKENZIE: Well, let me begin by saying, you should never take a potential target off the menu. You want your adversary to have to plan to defend everything. So, giving - giving him assistance and not knowing - and not - and not having to defend against a particular target is probably not the best way to establish this kind of deterrence.

Having said that, the Iran nuclear target is a difficult target. We have special capabilities that allow us to get at it. The Israelis do not have all of those capabilities. They can certainly hurt this target if they choose to - if they choose to strike it. But again, because of its size, complexity and scope and how it's expanded over the last ten years, it's a very difficult target to take out. It would be very resource intensive. And I would just - I would argue, just from a purely military point of view, there are perhaps targets are more productive to hit in an initial response.

MARGARET BRENNAN: Do you want to give us some options?

GENERAL FRANK MCKENZIE: Well, again, I - you know, we talked about some of them. I think oil infrastructure is certainly a possibility. And the oil infrastructure can be very broad. You can look at refineries. You can look at storage facilities. You can look at locations where the oil is onloaded onto ships. So, within the oil target, it's not monolithic. You can - you can be escalatory or less escalatory as you look at targets there. That might be something to take a look at.

But I'll tell you, the other thing, Margaret, is, the Iranians made a big show of targeting the Mossad headquarters in - in urban Tel Aviv. Israel certainly has the capability to go after IRGC, Islamic Republican Guard Corps headquarters and intelligence buildings all around Tehran or anywhere else.

Again, as we know from April, Israel has the ability to operate, not with impunity, by with great force over Iran at a time or place of their choosing. And I'm sure they're thinking about all those options right now.

MARGARET BRENNAN: There's also that risk of unintended consequences. Since you've characterized Iran as cornered here, are you at all concerned that this could be the kind of event that would trigger them to actually pursue a nuclear weapon? They've given themselves options, but they've never fully pursued it in the way that U.S. intelligence has said the supreme leader would have to make the ultimate decision to do.

Could this be the trigger event?

GENERAL FRANK MCKENZIE: Margaret, it's always been my belief that the Iranians flirt with breakout, with getting fissile material to create a bomb in order to extract concessions from us, because we dance, we're very eager to come to an agreement with them on a nuclear issue, so they know they can get stuff from us.

They also know, if they cross that line, you can't go back. That's a Rubicon that can't be recrossed. But even if they - even if they do develop the fissile material, which they could do

within a matter of days or weeks, they still have a delivery problem. They've got to create a missile and an entry system that will allow it to take the missile to Tel Aviv, or whatever target they choose. That's a matter of many months. And that's the valley of death for Iran because you're in that period of time they will have declared nuclear and they will be vulnerable. It's not a physics problem then, it's an aeronautical engineering problem. And the aeronautical engineering systems in Iran are going to be vulnerable to attack.

So, it's not as easy as you might think for them to just declare, you know, we're going nuclear, or to go nuclear.

MARGARET BRENNAN: Right.

GENERAL FRANK MCKENZIE: They've got to balance a number of things as they do that.

MARGARET BRENNAN: Important context.

If I can ask you, sir, former President Trump, as you know, faces an ongoing assassination threat as revenge for ordering the killing of Qasem Soleimani, that Iranian general. You played a key role in that, and I know you face threats as well.

Mr. Trump recently said, "big threats on my life by Iran. The entire U.S. military is watching and waiting."

The Biden White Houses has condemned the threats, but some Republicans say it's not loud enough. How do you think this should be messaged? Do you think Iran is getting the message not to go through with this?

GENERAL FRANK MCKENZIE: So, whenever we look at Iran, we need to look at, what's their basic motivation. The principle goal of Iranian state craft is regime preservation. They view the election of President Trump as a direct threat to that regime preservation. So, I have no doubt believing that Iran is very active in its attempts to go after the former president, as well as other officials, of which I am keenly personally interested as well.

But I think that - that's what's driving their behavior is desperation, Margaret. It's actually the same sort of desperation that drove the massive attack on Israel of three or four nights ago. They're in a corner, and they - they really don't have any good options. But they don't want to sit still and do nothing. They do view President Trump as worse than - than - than the alternatives that could be elected.

MARGARET BRENNAN: General, thank you for your analysis.

That's going to do it for FACE THE NATION for today. Thank you all for watching. Until next week. For FACE THE NATION, I'm Margaret Brennan.

(ANNOUNCEMENTS)

Content and programming Copyright MMXXIV CBS Broadcasting Inc. ALL RIGHTS RESERVED. Copyright 2024 VIQ Media Transcription, Inc. All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of VIQ Media Transcription, Inc. You may not alter or remove any trademark, copyright or other notice from copies of the content.

# Exhibit C

True and correct copy of the October 7, 2024 episode of
*60 Minutes* on a flash drive submitted to the Court

# Exhibit D

60 MINUTES
October 7, 2024
8:00 PM


(Begin VT)

BILL WHITAKER (voice-over): It's a 60 Minutes tradition, hearing from the presidential candidates, though, tonight, only the Democratic ticket sat and answered our questions.

You want to expand the child tax credit?

KAMALA HARRIS (Vice President of the United States (D) and U.S. Presidential Candidate): Yes, I do.

BILL WHITAKER: You want to give tax breaks to first-time homebuyers…

VICE PRESIDENT KAMALA HARRIS: Yes.

BILL WHITAKER: … and people starting small businesses.

VICE PRESIDENT KAMALA HARRIS: Correct.

BILL WHITAKER: How are you going to pay for that?

VICE PRESIDENT KAMALA HARRIS: My economic plan would strengthen America's economy. His would weaken it.

BILL WHITAKER: But pardon me, Madam Vice President. The question was, how are you going to pay for it?

SCOTT PELLEY: What are your fears for this coming Election Day?

STEPHEN RICHER (R-Maricopa County, Arizona, Recorder): That we will be doing this again for another four years.

SCOTT PELLEY: Stephen Richer is a Republican election official in the swing state of Arizona who has spent nearly four years fighting to convince fellow Republicans that the 2020 election wasn't stolen.

How do they react to you?

STEPHEN RICHER: Not well. Not well at all.

(SHOUTING)

LESLEY STAHL: I'm Lesley Stahl.

BILL WHITAKER: I'm Bill Whitaker.

ANDERSON COOPER: I'm Anderson Cooper.

SHARYN ALFONSI: I'm Sharyn Alfonsi.

JON WERTHEIM: I'm Jon Wertheim.

CECILIA VEGA: I'm Cecilia Vega.

SCOTT PELLEY: I'm Scott Pelley.

Those stories. Plus, we remember the terror attack on Israel one year ago and address President Trump's absence – tonight on 60 Minutes.

(ANNOUNCEMENTS)

SCOTT PELLEY: It's been a tradition for more than half-a-century that the major party candidates for president sit down with "60 Minutes" in October. In 1968, it was Richard Nixon and Hubert Humphrey. This year, Vice President Kamala Harris and former President Donald Trump accepted our invitation.

But unfortunately, last week, Trump cancelled.

The Trump campaign had told us that the interview would be this past Thursday at Mar-a-Lago. They also asked us whether we would meet 78-year-old Trump in Butler, Pennsylvania, where he was grazed in an assassination attempt. We agreed.

On September 9th, Trump's communications director Steven Chung sent a text that read, quote: I'm working with our advance team to see logistically if Butler would work in addition to the sit-down – sit-down meaning the interview in Florida. Days later, Chung called to say, quote, the president said yes.

Then a week ago, Trump backed out. The campaign offered shifting explanations. First, it complained that we would fact-check the interview. We fact-check every story.

Later, Trump said he needed an apology for his interview in 2020. Trump claims correspondent Lesley Stahl said in that interview that Hunter Biden's controversial laptop came from Russia. She never said that.

Trump has said his opponent doesn't do interviews because she can't handle them. He had previously declined another debate with Harris. So, tonight may have been the largest audience for the candidates between now and Election Day.

Our questions addressed the economy, immigration reproductive rights and the wars in the Middle East and Europe. Both campaigns understood this

special would go ahead if either candidate backed out.

And so, with that, here's Bill Whitaker.

BILL WHITAKER, CBS NEWS CORRESPONDENT: Kamala Harris has been a candidate for president for just two and a half months, and the post-convention honeymoon is over. With the election just 29 days away, Harris and her running mate Minnesota Governor Tim Walz face unrelenting attacks from Donald Trump and the race remains extremely close.

We met the 59-year-old vice president this past week on the campaign trail and later at the vice president's residence in Washington, D.C. We spoke about the economy and immigration, Ukraine and China. But we began with the escalating war in the Middle East, one year after the Hamas terror attack on Israel.

(BEGIN VIDEOTAPE)

WHITAKER: The events of the past few weeks have pushed us to the brink if not into an all-out regional war –

KAMALA HARRIS, VICE PRESIDENT OF THE UNITED STATES & 2024 PRESIDENTIAL CANDIDATE: Uh-huh.

WHITAKER: – in the Middle East.

What can the U.S. do at this point to stop this from spinning out of control?

HARRIS: Well, let's start with October 7. Twelve hundred people were massacred, 250 hostages were taken, including Americans. Women were brutally raped.

And as I said then, I maintain Israel had has a right to defend itself, we would, and how it does so matters. Far too many innocent Palestinians have been killed. This war has to end.

WHITAKER: But we supply Israel with billions of dollars in military aid.

HARRIS: Uh-huh.

WHITAKER: And yet Prime Minister Netanyahu seems to be charting his own course.

The Biden-Harris administration has pressed him to agree to ceasefire. He's resisted.

You urged him not to go into Lebanon. He went in anyway.

Does the U.S. have no sway over Prime Minister Netanyahu?

HARRIS: The work that we do diplomatically with the leadership of Israel is an ongoing pursuit around making clear our principles.

WHITAKER: But it seems that Prime Minister Netanyahu is not listening.

HARRIS: We are not going to stop pursuing what is necessary for the United States, to be clear about where we stand on the need for this war to end.

WHITAKER: Do we have a real close ally in Prime Minister Netanyahu?

HARRIS: I think – with all due respect – the better question is: do we have an important alliance between the American people and the Israeli people? And the answer to that question is yes and –

WHITAKER (voice-over): While the war in the Middle East has dominated recent headlines, it's the economy that most concerns American voters this election year as always.

There are lots of signs that the American economy is doing very well.

HARRIS: Uh-huh.

WHITAKER: Better than most countries I think. But the American people don't seem to be feeling it. Groceries are 25 percent higher. And people are blaming you and Joe Biden for that. Are they wrong?

HARRIS: We now have historic low unemployment in America among all groups of people. We now have an economy that is thriving by all macroeconomic measures. And, to your point, prices are still too high. And I know that. And we need to deal with it, which is why part of my plan – you mentioned groceries. Part of my plan is what we must do to bring down the price of groceries.

I'm taking…

WHITAKER (voice-over): Harris says she'll press Congress to pass a federal ban on price-gouging for food and groceries, but details are yet to be defined.

(on camera): You want to expand the child tax credit.

HARRIS: Yes, I do.

WHITAKER: You want to give tax breaks to first-time home buyers.

HARRIS: Yes.

WHITAKER: And people starting small businesses.

HARRIS: Correct.

WHITAKER: But it is estimated by the non-partisan Committee for a Responsible Federal Budget that your economic plan would add $3 trillion to the federal deficit over the next decade. How are you going to pay for that?

HARRIS: OK. So the other economists that have reviewed my plan versus my opponent, and determined that my economic plan would strengthen America's economy. His would weaken it.

WHITFIELD: But…

HARRIS: My plan – Bill, if you don't mind, my plan is about saying that when you invest in small businesses, you invest in the middle class, and you strengthen America's economy. Small businesses are part of the backbone of America's economy.

WHITAKER: But – but, pardon me, Madame Vice President, I – the – the question was, how are you going to pay for it?

HARRIS: Well, one of the things I'm going to make sure that the richest among us, who can afford it, pay their fair share in taxes. It is not right that teachers and nurses and firefighters are paying a higher tax rate than billionaires and the biggest corporations.

WHITFIELD: But – but…

HARRIS: And I plan on making that fair.

WHITFIELD: But we're dealing with the real world here.

HARRIS: But the real world includes…

WHITAKER: How are you going to get this through Congress?

HARRIS: You know, when you talk quietly with a lot of folks in Congress, they know exactly what I'm talking about because their constituents know exactly what I'm talking about. Their constituents are those firefighters and teachers and nurses. Their constituents are middle class, hard-working folk.

WHITAKER: And Congress has shone no inclination to move in your direction.

HARRIS: I – I disagree with you. There are plenty of leaders in Congress who understand and know that the Trump tax cuts blew up our federal deficit. None of us, and certainly I cannot afford to be myopic in terms of how I think about strengthening America's economy. Let me tell you something. I am a devout public servant. You know that. I am also a capitalist. And I know the limitations of government.

WHITAKER (voice-over): Kamala Harris has been in government for decades. She was first elected San Francisco district attorney in 2003, then

California attorney general. She went on to the U.S. Senate and now vice president.

(on camera): A quarter of registered voters still say they don't know you. They don't know what makes you tick. And – and why do you think that is? What – what's the disconnect?

HARRIS: It's an election, Bill, and I take it seriously that I have to earn everyone's vote. This is an election for president of the United States. No one should be able to take for granted that they can just declare themselves a candidate and automatically receive support. You have to earn it. And that's what I intend to do.

WHITAKER: Let me tell you what your critics and the columnists say.

HARRIS: OK.

WHITAKER: They say that the reason so many voters don't know you is that you have changed your position on so many things. You were against fracking. Now you're for it. You supported looser immigration policies. Now you're tightening them up. You were for Medicare for All. Now you're not. So many that people don't truly know what you believe or what you stand for. And I know you've heard that.

HARRIS: In the last four years I have been vice president of the United States. And I have been traveling our country. And I have been listening to folks and seeking what is possible in terms of common ground. I believe in building consensus. We are a diverse people, geographically, regionally, in terms of where we are in our backgrounds. And what the American people do want is that we have leaders who can build consensus. Where we can figure out compromise and understand it's not a bad thing, as long as you don't compromise your values, to find common-sense solutions. And that has been my approach.

WHITAKER (voice-over): But one issue that has proven impervious to compromise is immigration. Over the past four years, the Biden-Harris approach has been inconsistent, and Republicans are convinced immigration is the Vice President's Achilles heel.

You recently visited the southern border and embraced President Biden's recent crackdown on asylum seekers. And that crackdown produced an almost immediate and dramatic decrease in the number of border crossings. If that's the right answer now, why didn't your administration take those steps in 2021?

KAMALA HARRIS (D): The first bill we proposed to Congress was to fix our broken immigration system, knowing that if you want to actually fix it, we need Congress to act. It was not taken up. Fast forward to a moment when a bipartisan group of members of the United States Senate, including one of the most conservative members of the United States Senate, got together, came up with a border security bill.

Well, guess what happened? Donald Trump got word that this bill was afoot
and could be passed. And he wants to run on a problem instead of fixing a
problem. So he told his buddies in Congress, kill the bill. Don't let it
move forward.

BILL WHITAKER: But I've been covering the border for four years. And so I
know this is not a problem that started with your administration.

KAMALA HARRIS, (D): Correct. Correct.

BILL WHITAKER: But there was an historic flood of undocumented immigrants
coming across the border the first three years of your administration. As a
matter of fact, arrivals quadrupled from the last year of President Trump.
Was it a mistake to loosen the immigration policies as much as you did?

KAMALA HARRIS (D): It's a longstanding problem. And solutions are at hand.
And from day one, literally, we have been offering solutions.

BILL WHITAKER: What I was asking was, was it a mistake to kind of allow
that flood to happen in the first place?

KAMALA HARRIS (D): I think the policies that we have been proposing are
about fixing a problem, not promoting a problem. Okay, but –

BILL WHITAKER: But the numbers did quadruple –

KAMALA HARRIS (D): And the numbers today, because of what we have done, we
have cut the flow of illegal immigration by half.

BILL WHITAKER: Should you have done that – should you have done that –

KAMALA HARRIS (D): We have cut the flow of fentanyl by half. But we need
Congress to be able to act to actually fix the problem.

BILL WHITAKER: You have accused Donald Trump of using racist tropes when it
comes to Haitian immigrants in Springfield, Ohio, when it comes to
birtherism, when it comes to Charlottesville. In fact, you have called him
a racist and divisive. Yet Donald Trump has the support of millions and
millions of Americans.

How do you explain that?

KAMALA HARRIS (D): I'm glad you are pointing these comments out that he has
made that have resulted in a response by most reasonable people to say it's
just wrong. It's just wrong.

BILL WHITAKER: With so many people supporting Donald Trump, a man you've
called a racist, how do you bridge that seemingly unbridgeable gap?

KAMALA HARRIS (D): I believe that the people of America want a leader who

is not trying to divide us and demean. I believe that the American people recognize that the true measure of the strength of a leader is not based on who you beat down, it's based on who you lift up.

(APPLAUSE)

BILL WHITAKER: The Harris campaign has been hopscotching the country. And with less than a month to go, the pace is picking up. The Vice President told us she has lost track of how many states she's visited.

KAMALA HARRIS (D): How are you doing?

BILL WHITAKER: I'm doing well.

KAMALA HARRIS (D): You well?

BILL WHITAKER: We joined her on the trail late last week in the crucial swing state of Wisconsin in the town of Ripon, the birthplace in 1854 of the Republican Party.

And at a rally plastered with country over party banners, Harris appeared with staunch conservative Liz Cheney. As Vice Chair of the House January 6th Committee, Cheney became one of Donald Trump's fiercest critics.

(Begin VT)

REP. LIZ CHENEY (R-WY) (Wyoming Gop Conference Chair): I have never voted for a Democrat, but this year I am proudly casting my vote for Vice President Kamala Harris.

(APPLAUSE)

(End VT)

BILL WHITAKER: That proclamation spurred a chant of approval from the crowd.

Four years ago, if someone had told you that you would be campaigning with Liz Cheney, what would you have said to them?

KAMALA HARRIS (D): That'd be great.

(Laughs)

REP. LIZ CHENEY (R-WY): It's really dramatic.

AUDIENCE: Thank you, Liz! Thank you, Liz! Thank you, Liz!

(CHEERING)

(APPLAUSE)

BILL WHITAKER: Four years ago, if someone had told you that you would be campaigning with Liz Cheney, what would you have said to them?

VICE PRESIDENT KAMALA HARRIS: That'd be great.

(LAUGHTER)

FORMER REPRESENTATIVE LIZ CHENEY (R-Wyoming): That's really diplomatic.

(LAUGHTER)

BILL WHITAKER: Would you ever have thought that you would be campaigning with Kamala Harris?

FORMER REPRESENTATIVE LIZ CHENEY: I hope that if you had said to me four years ago, our Constitution is going to be under threat and it's going to be crucial for the parties to come together and to support Vice President Harris because she will defend the rule of law, I know I would have said, that's exactly what I will do.

VICE PRESIDENT KAMALA HARRIS: I thank you all.

BILL WHITAKER: Whoever wins the presidency will take on a host of daunting challenges, especially beyond our borders.

Back in Washington, Vice President Harris told us she's determined, the U.S. must win the economic competition with China for the 21st century. And as for the war between Russia and Ukraine, what does success look like in ending the war in Ukraine?

VICE PRESIDENT KAMALA HARRIS: There will be no success in ending that war without Ukraine and the U.N. Charter participating in what that success looks like.

BILL WHITAKER: Would you meet with President Vladimir Putin to negotiate a solution to the war in Ukraine?

VICE PRESIDENT KAMALA HARRIS: Not bilaterally without Ukraine, no. Ukraine must have a say in the future of Ukraine.

BILL WHITAKER: As president, would you support the effort to expand NATO to include Ukraine?

VICE PRESIDENT KAMALA HARRIS: Those are all issues that we will deal with if and when it arrives at that point. Right now, we are supporting Ukraine's ability to defend itself against Russia's unprovoked aggression.

Donald Trump, if he were president, Putin would be sitting in Kyiv right now. He talks about, oh, he can end it on day one. You know what that is? It's about surrender.

BILL WHITAKER: It's a hard left turn here, but you recently surprised people when you said that you are a gun owner and that, if someone came into your house…

VICE PRESIDENT KAMALA HARRIS: That was not the first time I have talked about it.

BILL WHITAKER: … they would get shot.

VICE PRESIDENT KAMALA HARRIS: That's not the first time I have talked about it.

BILL WHITAKER: So, what kind of gun do you own and when and why did you get it?

VICE PRESIDENT KAMALA HARRIS: I have a Glock. And I have had it for quite some time.

And, I mean, look, Bill, my background is in law enforcement. And so there you go.

BILL WHITAKER: Have you ever fired it?

VICE PRESIDENT KAMALA HARRIS: Yes, of course I have.

(LAUGHTER)

VICE PRESIDENT KAMALA HARRIS: At a shooting range. Yes, of course I have.

(End VT)

BILL WHITAKER: When we come back, vice presidential candidate Tim Walz gets the 60 Minutes treatment, and Kamala Harris talks about why Donald Trump decided not to.

(COMMERCIAL BREAK)

BILL WHITAKER, CBS NEWS CORRESPONDENT: Democratic vice presidential candidate Tim Walz was little known outside Minnesota just two months ago. He didn't exactly come from nowhere. He was a six-term congressman and now is governor of Minnesota where he has championed abortion rights, gun control and other progressive ideas.

But it was calling former President Trump and Senator J.D. Vance "weird" that may have landed him on the ticket.

(BEGIN VIDEOTAPE)

WHITAKER: Two months ago, you and Kamala Harris barely knew each other. Now, you're running together vying for the top offices in the land. It's not possible that you agree on everything.

GOV. TIM WALZ (D-MN), VICE PRESIDENTIAL CANDIDATE: Yeah.

WHITAKER: What have been some disagreements you've had since you became a team?

WALZ: Well, I – she probably disagreed with you, said, Tim, you know, you need to be a little more careful on how you say things, whatever it might be. It just –

WHITAKER (voice-over): Whatever it might be, Walz has been criticized for embellishing or telling outright falsehoods about his military record and about his travels to Asia in the 1980s.

In your debate with J.D. Vance, you said I'm a knucklehead at times. And I think you were referring to the time that you said that you were in Hong Kong during the Tiananmen Square unrest when you were not.

WALZ: Yeah.

WHITAKER: Is that kind of misrepresentation – isn't that more than just being a knucklehead?

WALZ: I think folks know who I am, and I think they know the difference between someone expressing emotion, telling a story, getting a date wrong by a – you know – rather than a pathological liar like Donald Trump.

WHITAKER: But I think it comes down to the question of whether – whether you can be trusted to tell the truth.

WALZ: Yeah. Well, I can – I think I can. I will own up to being a knucklehead at times but the folks closest to me know that I keep my word.

WHITAKER: Walz proudly touts his record as governor of Minnesota.

WALZ: Thank you.

WHITAKER: But it also has opened him up to criticism from his Republican opponents.

Former President Trump says that you and your administration here in Minnesota has been dangerously liberal, radical left, he calls it.

So what do you say to that criticism that rather than leading the way, you and Minnesota are actually out of step with the rest of the country?

WALZ: President Trump may be referring to that – that our children get breakfast and lunch in school so that they can learn. He may be talking about we have a paid family medical leave policy that was promoted by the business community. Donald Trump spends his time tearing down states rather than lifting up the things we do, the best of it.

Donald Trump's critiques of that, not only are they wrong, but I'm waiting for what – what is his solution.

Here in Minnesota, we're so optimistic, we walk on water half the year.

WHITAKER: It was that kind of humor and candor that helped land Tim Walz the job as Kamala Harris's running mate.

Before you joined the ticket, you called Republicans "weird" and that sort of become a rallying cry for Democrats. Why do you think that label stuck?

WALZ: I was really talking about the behavior. Being obsessed with people's personal lives in their bedrooms and their reproductive rights, making up stories about legal folks legally here eating cats and dogs, they're dehumanizing. They go beyond weird because I said this it becomes almost dangerous.

Let's debate policy in a real way and let's try and find an objective truth again.

God bless America!

WHITAKER: Kamala Harris and Tim Walz are in a full sprint to November 5th, hoping their arguments will give them a chance to cross the line ahead of Donald Trump and J.D. Vance.

You are sitting here with us.

KAMALA HARRIS, VICE PRESIDENT OF THE UNITED STATES & 2024 PRESIDENTIAL CANDIDATE: Uh-huh.

WHITAKER: The Trump campaign cancelled an interview that they had agreed to, to participate in this broadcast. What do you make of that?

HARRIS: If he is not going to give your viewers the ability to have a meaningful, thoughtful conversation question and answer with you, then watch his rallies. You're going to hear conversations that are about himself and all of his personal grievances. And what you will not hear is anything about you, the listener. You will not hear about how he is going to try to bring the country together, find common ground.

And, Bill, that is why I believe in my soul and heart the American people

are ready to turn the page.

(END VIDEOTAPE)

ANNOUNCER: More from the Democratic ticket. Plus, one year covering rapidly escalating conflict in the Middle East.

LESLEY STAHL, "60 MINUTES" ANCHOR: Civilians caught in the middle, as always, are the ones suffering the most.

ANNOUNCER: At 60minutesovertime.com.

(COMMERCIAL BREAK)

SCOTT PELLEY, "60 MINUTES" ANCHOR: With Donald Trump pulling out of his "60 Minutes" interview tonight, we'll turn to a different Republican who is paying the price for Trump's claims of a stolen 2020 election. Stephen Richer helps administer voting in Maricopa County, Arizona. That's Phoenix and home to 60 percent of Arizona voters. Maricopa is often decisive in a state which swings either way.

Trump claimed Maricopa County was stolen in 2020. Republican Stephen Richer was determined to find the truth, to restore belief in the ballot. He discovered that truth wasn't what many wanted to hear.

(BEGIN VIDEOTAPE)

STEPHEN RICHER, MARICOPA COUNTY, ARIZONA, COUNTY RECORDER: I've become much more cynical about politics. There are a lot of people who have no lines in the sand. A lot of politicians. A lot of politicians for whom it's like oxygen, that if you told them they weren't going to be re-elected, it would be like unplugging them from oxygen. So whichever way the winds are blowing, even if it's highly immoral, that they're on – they're on for the ride.

SCOTT PELLEY: What are your fears for this coming election day?

STEPHEN RICHER: That we'll be doing this again for another four years.

SCOTT PELLEY (voiceover): Nearly four years ago, Republican attorney Stephen Richer was the voter's choice for Maricopa County recorder, the office that records voter registration and handles ballots by mail.

Richer took office after the 2020 vote when his own party was up in arms over allegations of fraud. It was Richer's first elected office and he knew what to do.

STEPHEN RICHER: They just need answers. It– it– it's not that complicated of an issue. It's just people are uncertain. They expected Donald Trump to win. I expected Donald Trump to win in Maricopa County. He didn't win. They have questions. As soon as we give them logical, factual answers, all will

be well.

SCOTT PELLEY: And that's not what happened?

STEPHEN RICHER: That is not what happened.

SCOTT PELLEY (voiceover): The "logical, factual" answers came after multiple investigations. A hand recount of Maricopa County's 2.1 million paper ballots confirmed Joe Biden won. Statewide, prosecutions for illegal voting involved a total of 19 ballots. In Maricopa, 50 ballots had been counted twice for a typical reason.

STEPHEN RICHER: Somebody made a mistake. A human being made a mistake. There were 2.1 million ballots cast in the 2020 election. These 50 shouldn't have been tabulated. By no means were the 50 all for one candidate or another, so it had a negligible impact on the actual contest.

SCOTT PELLEY (voiceover): Negligible too, because Trump lost Maricopa County by 45,109 votes.

SCOTT PELLEY: What evidence of widespread fraud was found in Maricopa County in 2020?

STEPHEN RICHER: Oh, none. And I would say Maricopa County's 2020 election is the most scrutinized election in human history.

SCOTT PELLEY: When you began to tell your fellow Republicans in Maricopa County that the election was fair and there was no fraud that would change the outcome, how did they react to you?

STEPHEN RICHER: Not well. Yeah. Not well at all.

SCOTT PELLEY (voiceover): They included Trump, who said, "the entire database of Maricopa County in Arizona has been deleted. He called it an "unbelievable election crime."

STEPHEN RICHER: It was a Saturday afternoon, and I was in the office looking at the very thing that he was– saying we had deleted. And so just sort of the– like, the– the– the– ludicrous nature of it, it just is– is– is offensive.

SCOTT PELLEY: What did you say in response to what the president had written?

STEPHEN RICHER: I said something like,"This is unhinged. I'm looking at the voter registration database right now. These lies have to stop. This is as disprovable as saying two plus two equals five."

SCOTT PELLEY: And the reaction was what?

STEPHEN RICHER: The reaction was significant.

SCOTT PELLEY (voiceover): Three violent threats to Stephen Richer have been prosecuted. One man got three-and-a-half years. The others are awaiting trial.

WOMAN 1: What we see here is your public statement saying that this was not connected to the Internet. I hear that –

SCOTT PELLEY (voiceover): Undaunted, Richer explained the facts. Here, in 2021, he was heckled and followed to his car.

STEPHEN RICHER: People were banging on my windshield as I got into the car.

SCOTT PELLEY: What were they shouting?

STEPHEN RICHER:"Turncoat," "You're wrong," "You're an idiot," "Don't be a traitor," "How could you?"

SCOTT PELLEY (voiceover): The fever has never broken. This was three months ago.

STEPHEN RICHER: I do not believe the 2020 election was stolen.

RESPONSE: Boooooo!

SCOTT PELLEY: So why do so many people remain passionately unconvinced?

STEPHEN RICHER: I think it has become– the– the– the tattoo. I think it has become the tattoo to show that you're a true believer of the movement.

SCOTT PELLEY: You believe the election was stolen.

SHELBY BUSCH: I do.

SCOTT PELLEY (voiceover): Shelby Busch started a political action committee which investigates what she calls widespread fraud in Maricopa County – fraud no credible investigation has found. She's taken in nearly a million dollars in donations for the work of her PAC. And the Arizona Republican Party awarded her the leadership of its delegation at last summer's national convention.

SHELBY BUSCH: – and that's why I, Shelby Busch, the delegation chair and our wonderful state chairwoman Gina Swoboda and this entire delegation counts their 43 delegates to Donald J. Trump!

(CHEERING)

(APPLAUSE)

SCOTT PELLEY: You are a rising star in the state party.

SHELBY BUSCH: Well, I definitely have brought some attention onto myself. That is for sure.

SCOTT PELLEY: What do you believe happened in the Maricopa vote in 2020?

SHELBY BUSCH: I believe that fraudulent votes were put into the system. I also believe that a lot of state statutes and regulations and policies were broke, which makes the election questionable, at best.

SCOTT PELLEY: Busch still questions whether signature verification was proper and whether some ballots were collected illegally. She's an administrator in a medical practice.

You're self-educated…

SHELBY BUSCH: That's correct.

SCOTT PELLEY: … when it comes to elections.

SHELBY BUSCH: That's correct.

SCOTT PELLEY: In a recent case, a judge disqualified you from testifying in the case because he said you were – quote – "obviously unqualified, not even in the ballpark."

SHELBY BUSCH: That's one judge's opinion. who is a radical leftist who is legislating from the bench, and I don't believe that it had any merit in my credibility whatsoever.

SCOTT PELLEY: Is there a danger in undermining people's faith in the election system by persisting with these conspiracy theories that no one has been able to validate?

SHELBY BUSCH: Again, I'm going to disagree with you, sir, respectfully. It has been validated. And because the election…

SCOTT PELLEY: Where? By whom?

SHELBY BUSCH: … the election officials…

SCOTT PELLEY: Give me – give me a court case. Give me something.

SHELBY BUSCH: I don't need a government official with a vested interest in disproving information to tell me whether what I have is valid.

It's up to each individual citizen, as a member of this society, to review the evidence, to think for themselves and make those decisions.

SCOTT PELLEY: It's valid because you say it is?

SHELBY BUSCH: I say it's valid because I say it is. And if somebody looks

at it, they can determine whether it's valid. The evidence speaks for itself. Data does not lie. Data doesn't lie. Election officials do.

BEN GINSBERG (Former Bush-Cheney Campaign Attorney): The election was not stolen. It was lost.

SCOTT PELLEY: Attorney Ben Ginsberg has represented the Republican Party in many of its most important election cases. In 2022, he joined conservative judges and senators in Lost, Not Stolen, an investigation that exposes election fraud lies. Part of it centers on Trump's swing state lawsuits.

BEN GINSBERG: Donald Trump and his supporters brought 64 cases. They lost 63 of them outright. There was one that was a partial victory involving 200 votes, far from outcome-determinative.

SCOTT PELLEY: And all of that told you what?

BEN GINSBERG: The evidence to back up the allegations of fraud and elections being unreliable simply does not exist.

SCOTT PELLEY: The election deniers in Arizona will say: We did lose all those cases, but the judges weren't fair.

BEN GINSBERG: Under the rule of law, you have every right to submit your litigation. But under the rule of law, a conservative principle, a Republican principle for as long as I have been practicing election law, you have to accept the rulings of the court.

SHELBY BUSCH: I don't have time, frankly, to worry about whether people believe me or question my integrity. I have what I believe is the mission that I am on, and that mission is for my children and my grandchildren. I'm not here to make friends. I am here to do a job.

SCOTT PELLEY: Where does that mandate for that mission come from?

SHELBY BUSCH: It comes from my own personal drive, and it also comes from, I believe, a calling from God.

WOMAN #1: Mr. Chair and Board…

SCOTT PELLEY: It has been a calling for many…

WOMAN #2: Fear God.

SCOTT PELLEY: … over nearly four years in meetings of the Republican-led Maricopa County Board of Supervisors, which certifies the vote.

WOMAN #3: Venezuela Dominion machine.

WOMAN #4: Our election in America is a joke, and Maricopa is a joke.

(CROSSTALK)

MAN: You are the cancer that is tearing this nation apart! Good day!

SCOTT PELLEY: Have you been accused of treason?

CLINT HICKMAN (Maricopa County, Arizona, Supervisor): Oh, yes, treason, murdering fellow officials that would talk.

SCOTT PELLEY: Republican Clint Hickman has been a county supervisor 11 years. In 2020, he was among Trump's most loyal supporters.

DONALD TRUMP (Former President of the United States (R) and Current U.S. Presidential Candidate): Maricopa County Supervisor Clint Hickman.

(CHEERING)

(APPLAUSE)

CLINT HICKMAN: Still proud that he took the time to call me out and thank me for the work that I was trying to accomplish

FORMER PRESIDENT DONALD TRUMP: Thank you, Clint. Good job, Clint.

SCOTT PELLEY: But Hickman saw no evidence of fraud and said so when he voted to certify the election.

CLINT HICKMAN, CHAIRMAN, MARICOPA COUNTY BOARD OF SUPERVISORS: All in favor, say aye!

BOARD OF SUPERVISORS: Aye.

PELLEY: You've received a number of death threats.

HICKMAN: I've lost count. I've lost count. And so of my colleagues, and so of – so of election workers.

PELLEY: Well, you've lost count, but here's one.

CALLER: Hello, Mr. Hickman. I am glad that you standing up for democracy and want to place your hand on the Bible and say that the election was honest and fair. I really appreciate that.

When we come to lynch your stupid, lying, commie ass, you'll remember that you lied on the (EXPLETIVE DELETED) Bible you piece of (EXPLETIVE DELETED). You're going to die you piece of (EXPLETIVE DELETED). We're going to hang you. We're going to hang you.

That man is in prison for and 2-1/2 years but there were others.

HICKMAN: But the chilling one that you didn't play is one of the guys said we know the restaurants that you are in and we know where your kids go to school.

PELLEY: Menace grew in the shadows and emerged on the stage.

SHELBY BUSCH, THE MARICOPA COUNTY REPUBLICAN PARTY VICE CHAIR: I hear the word "unity" and I get sick to my stomach, because there is a lot of earthly fake and vile unity talk going around in our state.

PELLEY: This is Shelby Busch, the Maricopa County Republican Party vice chair, talking about fellow Republican Stephen Richer this past March.

BUSCH: So what does unity mean to me? It means unifying with those that share the core biblical Christian-Judeo principles that we share. That's unity.

But if Stephen Richer walked in this room, I would lynch him. I don't unify with people who don't believe in the principles we believe in and the American cause that founded this country.

PELLEY: When you heard Shelby Busch say that she would lynch you –

STEPHEN RICHER, MARICOPA COUNTY RECORDER: Yeah.

PELLEY: – you thought what?

RICHER: Well, I – first thought, like why is that word in your vocabulary? Lynch is a weirdly historically loaded and oddly specific term.

PELLEY: Busch offered a modified definition of lynching.

BUSCH: So I think many people are familiar with a political lynching. It's – it's referred to as destroying someone's career. It was not ever meant physically and any way, shape or form, probably a poor choice of words.

PELLEY: You have seen the unrest in this county, the civil disorder in this county. You're contributing to that?

BUSCH: What I am doing as I am shining a big bright light on the disdain and the arrogance of some of the elected officials. They are elected to represent the interests of the people and until they are ready to step up and do that, then there will be unrest.

PELLEY: Is election denialism a swindle?

RICHER: Oh, 100 percent so for some people. It's a swindle emotionally for some. It's a swindle politically for some. It's a swindle economically for some.

PELLEY: This past July, Stephen Richer ran in the primary for re-election.

He lost to a fellow Republican who said Maricopa elections are a laughingstock.

Richer moves on after this election, leaving behind his enduring contribution, the fortress defenses around the center where the votes are counted, a wall to defend America from Americans.

RICHER: I have seen some ugliness in the character of human beings. I – it has given me great insight into horrific moments of human history. I would look at some of these historical moments that say like, well, that couldn't happen here.

But moments like these begin to get give you insight on how stuff like that can build up, how the animal passions, how going along with the crowd, how the emotions of just being your side versus their side, it's just to say that some of the same human impulses that I didn't understand, I now do understand.

PELLEY: You understand how things can go wrong.

RICHER: I understand how society of educated people can do something truly horrible.

(END VIDEOTAPE)

(COMMERCIAL BREAK)

STAHL: One thing is certain about the election, four weeks from tomorrow. Whoever wins will become a wartime president. The wars are in Ukraine and in the Middle East. And the United
States is deeply involved in both, providing arms and money to Ukraine in its war against Russian invaders, and to Israel in the war with Hamas, and now with Hezbollah, the Houthis, and Iran.

Israel's war started one year ago today, when the Palestinian militant group Hamas launched a surprise terror attack, storming across the Gaza border into Israel, as we reported that week, talking to survivors Amir and Miri Tibon from the Nahal Oz kibbutz.

AMIR TIBON (survivor): The Hamas terrorists, I mean, there were hundreds of them around and inside the kibbutz. The numbers are impossible to comprehend.

LESLEY STAHL: There are two kibbutzes near yours, Be'eri and Kfar Aza. What happened there?

AMIR TIBON: In those two communities, hundreds of people were slaughtered, Be'eri and Kfar Aza, and the music festival that happened near one of them. Those are the three scenes of the largest massacre of Jewish people since the Holocaust ended.

LESLEY STAHL (voiceover): More than 1,100 Israelis were killed, most of them civilians. In kibbutz Be'eri, we met Alon Gat. From this home, Hamas took his mother at gunpoint and shot her, while he, his wife, daughter and sister were captured.

He and his daughter escaped. His sister Carmel and wife Yardan Roman were taken hostage.

YARDEN ROMAN (hostage): They could do anything to me.

LESLEY STAHL: You were helpless.

YARDEN ROMAN: I was helpless. You cannot object to anything. It could cost you your life.

LESLEY STAHL: You're worried about rape.

YARDEN ROMAN: Yeah.

LESLEY STAHL: Yeah.

YARDEN ROMAN: I was worried to get raped.

LESLEY STAHL: Yeah. Of course.

YARDEN ROMAN: And fortunately enough, they didn't do it.

LESLEY STAHL (voiceover): Yardan was released in a prisoner's swap after 54 days in captivity. Carmel was executed by Hamas after nearly 330 days.

LESLEY STAHL: October 7th became Israel's 9/11, another date that lives in infamy on the calendar of history.

Now, as the war enters a second year, more than 41,000 Palestinians have lost their lives in Gaza, many more their homes. The Israeli death toll is about 1,500. Hamas still holds about 100 hostages, though Israel believes only half are still alive.

The war is fought on and over biblical lands, but no modern-day Solomon has emerged to resolve it. After one year, the time for peace is long overdue.

I'm Lesley Stahl. We'll be back next Sunday for another edition of 60 Minutes.

(ANNOUNCEMENTS)

Content and programming Copyright MMXXIV CBS Broadcasting Inc. ALL RIGHTS RESERVED. Copyright 2024 VIQ Media Transcription, Inc. All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of VIQ Media Transcription, Inc. You may not alter or remove any trademark, copyright or other notice from copies of the content.