
**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth McNamara**
212.603.6437 tel

elizabethmcnamara@dwt.com

December 5, 2024

**HAND DELIVERY**

Hon. Matthew Kacsmaryk
United States District Court
205 SE 5th Avenue, Room 133
Amarillo, TX 79101-1559

⚲ DEC 6 2024 PM3:57
FILED - USDC - NDTX - AM

Re:   *President Donald J. Trump v. CBS Broadcasting Inc. & CBS Interactive Inc.*, Case No. 2:24-cv-00236-Z (Filing of Audiovisual Exhibit)

Dear Judge Kacsmaryk:

Please see attached a USB flash drive featuring audiovisual material (October 6, 2024 episode of *Face the Nation* and October 7, 2024 election edition of *50 Minutes*) attached as Exhibits A and C to the Declaration of Bill Owens, filed in support of Defendants' motions to dismiss in the above-captioned case. A USB flash drive featuring the same material is also being provided concurrently to counsel for the Plaintiff.

The password for the USB drive is DWT@1251!

Thank you for your attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

*Elizabeth A. M*

Elizabeth McNamara

Cc: Edward Paltzik, Bochner PLLC (edward@bochner.law)

DWT.COM

# UNDERWOOD

P.O. BOX 9158
AMARILLO, TEXAS 79105-9158

Trump v. CBS Broadcasting Inc., et al.
Case No. 2:24-cv-00236-Z
ECF 23-1 pages 6 and 27
ECF 25-1 pages 6 and 27