IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DONALD J. TRUMP,

    Plaintiff,

v.

CBS BROADCASTING INC., *et al.*,

    Defendants.

2:24-CV-236-Z

**ORDER**

Before the Court is Plaintiff's Motion to Extend Time ("Motion") (ECF No. 27), filed December 16, 2024. Plaintiff seeks to extend his deadline to file an Amended Complaint in response to Defendants' pending motions for dismissal or, alternatively, his deadline to respond to the pending motions for dismissal. ECF No. 27 at 1. Defendants have agreed to the requests. *Id.* The Court **GRANTS** the Motion. The parties are **ORDERED** to comply with the following schedule regarding a potential Amended Complaint or briefing on the pending motions to dismiss:

- If Plaintiff elects to file an Amended Complaint, he must do so **on or before January 17, 2025**.

- If Plaintiff elects to instead oppose the pending motions to dismiss, he must file response briefing **on or before January 17, 2025**.

- If Plaintiff files an Amended Complaint, Defendants must answer or file renewed dismissal motions **on or before February 14, 2025**.

- If Plaintiff responds to Defendants' pending motions to dismiss, Defendants must file reply briefing **on or before February 14, 2025**.

**SO ORDERED.**

December 17, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE