IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, | |
| Plaintiff, | |
| v. | 2:24-CV-236-Z |
| CBS BROADCASTING INC., *et al.*, | |
| Defendants. | |

# ORDER

Before the Court is Plaintiff's Second Consent Motion for an Extension of Time to Respond to Defendants' Motion to Dismiss ("Motion") (ECF No. 29), filed January 13, 2025. Plaintiff seeks to again extend his deadline to file an amended complaint in response to Defendants' pending motions or, alternatively, to file responses to Defendants' pending motions. The current deadline is January 17, 2025. Plaintiff seeks an extension to January 24, 2025. The Motion is unopposed. The parties have further agreed that if this Motion is granted, Defendants have until February 21, 2025, to file any responsive pleadings or motions to a potential amended complaint or to reply to Plaintiff's opposition to the pending motions. The Court **GRANTS** the Motion. Plaintiff must file an amended complaint or responses to Defendants' pending motions **on or before January 24, 2025.** Defendants must file responsive pleadings, motions, or reply briefing **on or before February 21, 2025.**

**SO ORDERED.**

January 16, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE