IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DONALD J. TRUMP,<br><br>    Plaintiff,<br><br>v.<br><br>CBS BROADCASTING INC., *et al.*,<br><br>    Defendants. | 2:24-CV-236-Z |

**ORDER**

Before the Court is Plaintiff's Fourth Consent Motion for an Extension of Time to Respond to Defendants' Motion to Dismiss ("Motion") (ECF No. 34), filed January 31, 2025. Plaintiff seeks to again extend his deadline to file an amended complaint in response to Defendants' pending motions or, alternatively, to file responses to Defendants' pending motions. The current deadline is January 31, 2025. Plaintiff seeks an extension to February 7, 2025. The Motion is unopposed. The parties have further agreed that if this Motion is granted, Defendants have until March 7, 2025, to file any responsive pleadings or motions to a potential amended complaint or to reply to Plaintiff's opposition to the pending motions. Additionally, the parties seek to extend to February 11, 2025, the Court's deadline to meet and confer under Federal Rule of Civil Procedure 26(f). And they wish to extend their deadline to file a joint proposed scheduling order to February 18, 2025.

The Court **GRANTS** the Motion. Plaintiff must file an amended complaint or responses to Defendants' pending motions **on or before February 7, 2025**. Defendants must file responsive pleadings, motions, or reply briefing **on or before March 7, 2025**. The parties must meet and confer pursuant to Rule 26(f) **on or before February 11, 2025**. And they must file a joint proposed scheduling order **on or before February 18, 2025**.

**SO ORDERED**.

January 31, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE