UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, and REPRESENTATIVE RONNY JACKSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT GLOBAL d/b/a PARAMOUNT, a Delaware corporation, CBS BROADCASTING INC., a New York corporation, and CBS INTERACTIVE INC., a Delaware corporation,<br><br>Defendants. | Case 2:24-cv-00236-Z<br><br>**JURY TRIAL DEMANDED** |

## **PLAINTIFFS' FIRST AMENDED CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, PRESIDENT DONALD J. TRUMP, an Individual, (hereinafter "TRUMP"), and, in accordance with Local Rules 3.1(f) and 7.4, submits the following First Amended Certificate of Interested Persons showing a listing of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which, to Defendant's knowledge, are financially interested in the outcome of this case:

1. President Donald J. Trump, an Individual
   Citizen of Florida
   *Plaintiff*

2. Representative Ronny Jackson, an Individual
   Citizen of Texas
   *Plaintiff*

1

3.     CBS Broadcasting, Inc.
   New York corporation with its principal place of business in New York
   *Defendant*

4.     CBS Interactive Inc.
   Delaware corporation with corporate offices in New York
   *Defendant*

5.     Paramount Global d/b/a Paramount, Inc.
   Delaware corporation with corporate offices in New York
   *Defendant*

6.     Edward Andrew Paltzik
   Bochner PLLC
   1040 Avenue of the Americas
   15th Floor
   New York, NY 10018
   (516) 526-0341
   edwardb@bochner.law
   *Attorneys for Plaintiff*

7.     Daniel Z. Epstein, J.D., Ph.D.
   Texas Bar No. 24110713
   1455 Pennsylvania Avenue NW, Suite 400
   Washington, DC 20004
   (202) 240-2398
   dan@epsteinco.co
   *Applying for admission Pro Hac Vice*
   *Attorneys for Plaintiff*

8.     Chris D. Parker
   Farris Parker & Hubbard
   P. O. Box 9620
   Amarillo, TX  79105-9620
   806-374-5317; FAX:  806-372-2107
   cparker@pf-lawfirm.com
   *Attorneys for Plaintiff*

Respectfully submitted,

EDWARD ANDREW PALTZIK
Texas Bar No. 24140402
Bochner PLLC
1040 Avenue of the Americas
15th Floor
New York, NY 10018
(516) 526-0341
edwardb@bochner.law

     */s/   Edward Andrew Paltzik*
Edward Andrew Paltzik


DANIEL Z. EPSTEIN
Texas Bar No. 24110713
1455 Pennsylvania Avenue NW
Suite 400
Washington, DC 20004
(202) 240-2398
dan@epsteinco.co

     */s/ Daniel Z. Epstein*
Daniel Z. Epstein
(**pro hac vice**)

(applying for admission **pro hac vice**)

CHRIS D. PARKER
Texas Bar No. 15479100
Farris Parker & Hubbard
A Professional Corporation
P. O. Box 9620
Amarillo, TX 79105-9620
(806) 374-5317 (T)
(806) 372-2107 (F)
cparker@pf-lawfirm.com

     */s/    Chris D. Parker*
Chris D. Parker

3

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served pursuant to the Federal Rules of Civil Procedure on the 11th day of February, 2025, via the Northern District's electronic filing notification system.

                                                    */s/ Chris D. Parker*
                                                    Chris D. Parker