## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:24-CV-00236-Z

Plaintiff:
**President Donald J. Trump, an individual, and Ronny Jackson, an individual**

vs.

Defendant:
**CBS Broadcasting, Inc., et al**

For:
Edward Andrew Paltzik
1040 Avenue of trhe Americas
15th Floor
New York, NY 10018

Received by Justin Rogers on the 10th day of February, 2025 at 1:42 pm to be served on **Paramount Global d/b/a Paramount by serving Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701**.

I, Justin Rogers, being duly sworn, depose and say that on the **10th day of February, 2025** at **3:14 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, Amended Complaint, and Exhibits A, B, C, and D** with the date of delivery endorsed thereon by me, to **Kaneisha Gross, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company**, in person, as the designated agent to accept delivery of process at the address of **211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701** on behalf of **Paramount Global d/b/a Paramount** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 10th day of February, 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2028

Justin Rogers
PSC-20023, Exp. 06/30/2025

Date: 2/10/25

Magna
16414 San Pedro
Ste. 900
San Antonio, TX 78232
(210) 446-3321

Our Job Serial Number: ATX-2025001559
Ref: 12678572