IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, and REPRESENTATIVE RONNY JACKSON, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>PARAMOUNT GLOBAL d/b/a PARAMOUNT, a Delaware corporation, CBS BROADCASTING INC., a New York corporation, and CBS INTERACTIVE INC., a Delaware corporation,<br><br>    Defendants. | Case No. 2:24-cv-00236-Z |

## SECOND AMENDED RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT CBS INTERACTIVE INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.4, Defendant Paramount Global provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock: CBS Interactive Inc. is a wholly-owned subsidiary of Paramount Global. Paramount Global is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. In addition, Paramount Global is only aware, without further inquiry, that, as reported on a Form 13F filed with the Securities and Exchange Commission on February 11, 2025, Vanguard Group Inc. beneficially owns 10% or more of Paramount Global's total common stock, i.e., Class A and Class B on a combined basis.

The following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case: CBS Interactive Inc., CBS Broadcasting Inc., Paramount Global, and National Amusements, Inc.

Dated: March 6, 2025

/s/ *Thomas C. Riney*

**UNDERWOOD LAW FIRM, P.C.**

Thomas C. Riney
State Bar No. 16935100
C. Jason Fenton
State Bar No. 24087505
PO Box 9158 (79105-9158)
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
tom.riney@uwlaw.com
jason.fenton@uwlaw.com

**JACKSON WALKER LLP**

Marc A. Fuller
State Bar No. 24032210
2323 Ross Ave., Ste. 600
Dallas, TX 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
mfuller@jw.com

**DAVIS WRIGHT TREMAINE LLP**

Elizabeth A. McNamara (admitted *pro hac vice*)
Jeremy A. Chase (admitted *pro hac vice*)
Alexandra Perloff-Giles (admitted *pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 489-8230

        elizabethmcnamara@dwt.com
        jeremychase@dwt.com
        alexandraperloffgiles@dwt.com

*Attorneys for Paramount Global, CBS Broadcasting Inc., and CBS Interactive Inc.*