IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, and REPRESENTATIVE RONNY JACKSON, an individual,<br><br>              Plaintiffs,<br><br>   v.<br><br>PARAMOUNT GLOBAL d/b/a PARAMOUNT, a Delaware corporation, CBS BROADCASTING INC., a New York corporation, and CBS INTERACTIVE INC., a Delaware corporation,<br><br>              Defendants. | Case No. 2:24-cv-00236-Z |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER**

Defendants Paramount Global, CBS Broadcasting Inc., and CBS Interactive Inc. (together, "Defendants"), by and through their undersigned attorneys, respectfully move to dismiss Plaintiffs' Amended Complaint (ECF No. 36) ("Amended Complaint") pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1406 or, in the alternative, to transfer this action to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404 or § 1406. In support of their motion, Defendants rely on and incorporate the accompanying memorandum of law, the December 6, 2024 Declaration of Bill Owens and exhibits thereto, *see* ECF No. 25-1, the December 6, 2024 Declaration of Gayle C. Sproul and exhibit thereto, *see* ECF No. 25-2, the concurrently filed Declaration of Bill Owens and exhibit thereto, and the concurrently filed Declaration of Gayle C. Sproul.

As more fully described in the memorandum of law, the Amended Complaint should be dismissed for lack of personal jurisdiction and for improper venue. At a minimum, transfer is warranted.

*First*, none of the Defendants is subject to personal jurisdiction in Texas on these claims. CBS Broadcasting Inc. is a New York corporation, CBS Interactive Inc. and Paramount Global are Delaware corporations, and all three have their principal place of business in New York. Accordingly, general jurisdiction does not lie. Specific jurisdiction also does not lie. Defendants did not purposefully direct their suit-related conduct at Texas more than other states: The interview of Vice President Kamala Harris, excerpts of which aired on *Face the Nation* and *60 Minutes*, was not filmed, edited, or produced in Texas, nor was Texas in any way the subject of the interview. If this district has personal jurisdiction merely because CBS programs are broadcast nationwide, so too does every district court in the country. That is not the law.

*Second*, the Northern District of Texas is not a proper venue under 28 U.S.C. § 1391(b). There can be no dispute that this case could have been brought in the Southern District of New York. *See* 28 U.S.C. § 1391(b)(3). And Plaintiffs do not allege—nor could they—that a substantial part of the events or omissions giving rise to this claim occurred in Texas. *See id.* § 1391(b)(2).

*Third*, even if the Court were to find that the exercise of jurisdiction is appropriate and that this district is a proper venue, the private interest and public interest factors overwhelmingly support transfer to the Southern District of New York under 28 U.S.C. § 1404(a). Among other relevant considerations, the evidence and witnesses are in New York, such that litigating there would be far more convenient for the parties, and New York has strong policy interests in regulating the conduct of its citizens and media.

For the foregoing reasons, Defendants respectfully request that the Court dismiss Plaintiffs' Amended Complaint with prejudice or, in the alternative, transfer it to the Southern District of New York.

Respectfully submitted,

/s/ *Thomas C. Riney*

**UNDERWOOD LAW FIRM, P.C.**

Thomas C. Riney
State Bar No. 16935100
C. Jason Fenton
State Bar No. 24087505
PO Box 9158 (79105-9158)
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
tom.riney@uwlaw.com
jason.fenton@uwlaw.com

**JACKSON WALKER LLP**

Marc A. Fuller
State Bar No. 24032210
2323 Ross Ave., Ste. 600
Dallas, TX 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
mfuller@jw.com

**DAVIS WRIGHT TREMAINE LLP**

Elizabeth A. McNamara (admitted *pro hac vice*)
Jeremy A. Chase (admitted *pro hac vice*)
Alexandra Perloff-Giles (admitted *pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 489-8230
elizabethmcnamara@dwt.com
jeremychase@dwt.com
alexandraperloffgiles@dwt.com

*Attorneys for Paramount Global, CBS Broadcasting Inc., and CBS Interactive Inc.*

**LOCAL RULE 7.1 CERTIFICATE OF CONFERENCE**

On March 5, 2025, Elizabeth McNamara, counsel for Defendants, conferred with Edward Paltzik, counsel for Plaintiffs, regarding Defendants' motion in the alternative to transfer to the Southern District of New York. Mr. Paltzik stated that Plaintiffs oppose the motion to transfer and believe that the Northern District of Texas is the appropriate venue.

/s/ *Elizabeth A. McNamara*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

                                        */s/ Thomas C. Riney*