**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, and REPRESENTATIVE RONNY JACKSON, an individual, | |
| Plaintiffs, | Case No. 2:24-cv-00236-Z |
| v. | |
| PARAMOUNT GLOBAL d/b/a PARAMOUNT, a Delaware corporation, CBS BROADCASTING INC., a New York corporation, and CBS INTERACTIVE INC., a Delaware corporation, | |
| Defendants. | |

Bill Owens, pursuant to 28 U.S.C. § 1746, declares and says the following under penalty of perjury:

1.    I make this declaration based on my personal knowledge. I am over the age of 18 years and am fully competent to testify to the matters stated in this declaration.

2.    I have been a journalist at CBS News for thirty-six years, beginning as a summer intern covering the national political conventions during the 1988 presidential election. Currently, I am the executive producer of *60 Minutes*. I work in New York, New York, where *60 Minutes* is produced. Prior to this role, I spent twelve years supervising the broadcast's content as a senior producer and, later, as executive editor. And before that, I held a variety of roles, including covering the impeachment of President Bill Clinton and breaking major stories in the scandal surrounding that historic event.

1

3.      *60 Minutes* is America's No. 1 news program. In fact, 2024 marked *60 Minutes*' fiftieth straight season as the No. 1 news show on television across all broadcast and cable. Under my leadership, *60 Minutes* has been honored with its second Insight Award from the Library of American Broadcasting Foundation (2022) and an Emmy Award for Outstanding Recorded News Program (2021). I have received numerous awards for my news reporting, including numerous Emmy Awards and an IRE Award, and I contributed to a RTDNA Edward R. Murrow Overall Excellence Award.

4.      During my tenure at *60 Minutes*, I have led the broadcast's interviews with President Joe Biden, President Donald Trump, President Barack Obama, Pope Francis, Ukrainian President Volodymyr Zelenskyy, Iranian President Ebrahim Raisi, Syrian President Bashar al-Assad, and Federal Reserve Chair Jerome Powell, among others. I have also overseen *60 Minutes*' five-year-long investigation into Havana Syndrome, which revealed for the first time that Russia may be involved in harming American government officials, and its year-long investigation into the looting of Cambodian antiquities that have ended up in American museums, including the Metropolitan Museum of Art.

5.      For more than half a century, *60 Minutes* has similarly interviewed the major party candidates for president in October before each election. The first interview was held in 1968 with Richard Nixon and Hubert Humphrey. Consistent with this history, in the run-up to the 2024 presidential election, *60 Minutes* planned a program with the intent that the candidates for both major presidential parties would be interviewed.

6.      While *60 Minutes* heard from President Trump's campaign that he agreed to be interviewed, the campaign later advised that President Trump was backing out of that interview.

Vice President Kamala Harris accepted *60 Minutes*' invitation. *60 Minutes*' Bill Whitaker ultimately interviewed Vice President Harris.

7.  A short interview took place in person on October 3, 2024 on the campaign trail in Ripon, Wisconsin and on October 5, 2024 a nearly hour-long interview took place at the Vice President's residence at the U.S. Naval Observatory in Washington, D.C.

8.  On October 4, 2024, Bill Whitaker interviewed Governor Tim Walz in his home state of Minnesota for the same *60 Minutes* election special.

9.  *60 Minutes* prepared its special election segment with edited portions of the interviews with Vice President Harris and Governor Walz for broadcast from its studio in New York, New York, where *60 Minutes* has the majority of its business records. All editing and production work took place in New York, New York. No production or editing work took place in Texas.

10.  The *60 Minutes* broadcast including the interview of Vice President Harris took place on October 7, 2024 (the "Interview"). The Interview covered a wide range of topics, including the Middle East, the Vice President's changing views on fracking, Ukraine, and her economic policy.

11.  A preview of the Interview was produced and provided by *60 Minutes* to *Face the Nation*, CBS News' Sunday morning public affairs program. *Face the Nation* is one of the longest-running news programs in the history of television, having debuted, according to CBS records, on November 7, 1954.

12.  *Face the Nation* is produced in and broadcast largely live from CBS News' studio in Washington, D.C. The preview of the *60 Minutes* interview was broadcast on *Face the Nation* on October 6, 2024, prior to the *60 Minutes*' October 7, 2024 broadcast.

13.    The most knowledgeable witnesses regarding the *60 Minutes* interview of Vice President Harris are me; *60 Minutes'* on-air correspondent Bill Whitaker; Executive Editor Tanya Simon; Producer Rome Hartman; Producer Marc Lieberman; Associate Producer Matthew Riley; Associate Producer LaCrai Scott; Associate Producer Cassidy McDonald; Executive Story Editor Claudia Weinstein; Technician Warren Lustig; and Broadcast Associate Mariah Johnson. Each of these individuals works in New York, New York, with the exception of Mr. Hartman, who works in Washington, D.C., and each would testify about their involvement with the interview.

14.    My team produces approximately 100 segments each season for *60 Minutes*. In keeping with *60 Minutes*' standard for excellence, these segments take considerable time to produce. Were these individuals forced to travel to Amarillo, Texas throughout this litigation, it would seriously undermine their ability to gather and report the news in the regular course by pulling them away from shoots, assignments, and other production-related tasks.

15.    **Exhibit A** to my declaration filed on December 6, 2024 contained a true and accurate copy of the October 6, 2024 *Face the Nation* broadcast, submitted via USB flash drive to the Court.

16.    **Exhibit B** to my declaration filed on December 6, 2024 was a true and accurate copy of a transcript of the October 6, 2024 *Face the Nation* broadcast.

17.    **Exhibit C** to my declaration filed on December 6, 2024 was a true and accurate copy of the October 7, 2024 *60 Minutes* broadcast, submitted via USB flash drive to the Court.

18.    **Exhibit D** to my declaration filed on December 6, 2024 was a true and accurate copy of a transcript of the October 7, 2024 *60 Minutes* broadcast.

19.    A true and accurate copy of the unedited transcript of CBS' interviews with Vice President Kamala Harris is annexed hereto as **Exhibit E.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of March 2025 in New York, New York

By: _____
               Bill Owens

# Exhibit E

1

1

2

3

4

5

6

7

8

9

10

11    27 HARRIS INTV D CAM_ALBERT10007.mp4

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

```
1           CREW:  [inaudible]

2           VICE PRESIDENT KAMALA HARRIS: Coming

3   through, coming through.

4           CREW:  Hey.

5           VICE PRESIDENT KAMALA HARRIS:  Okay.

6   Hi, everyone.  Well, welcome to mi casa.

7           MR. BILL WHITAKER:  Ah, thank you.

8           VICE PRESIDENT KAMALA HARRIS:  Hi.  Hi.

9           MR. BILL WHITAKER:  Hello again, Madam

10  Vice President.

11          VICE PRESIDENT KAMALA HARRIS:  How are

12  you?

13          MR. BILL WHITAKER:  How are you today?

14          VICE PRESIDENT KAMALA HARRIS:  It's

15  good to see you, Bill.  Very well, thank you.

16  Very well.

17          MR. BILL WHITAKER:  Very good.  Thank

18  you for welcoming us here.

19          VICE PRESIDENT KAMALA HARRIS:  Hi,

20  everyone.  Hi. What a crew.

21          MR. BILL WHITAKER:  What a crew.

22          VICE PRESIDENT KAMALA HARRIS:  Okay.

23          MR. BILL WHITAKER:  It's a big day.

24  Please --

25          VICE PRESIDENT KAMALA HARRIS:  Please,
```

3

1    yes.

2           MR. BILL WHITAKER:  You've got some

3    beautiful artwork here.

4           VICE PRESIDENT KAMALA HARRIS: I would

5    love to -- You haven't been here.

6           MR. BILL WHITAKER:  For the Christmas -

7    -

8           VICE PRESIDENT KAMALA HARRIS:  Except

9    the Christmas -- right.  I have to show you, I've

10   -- you know, I have -- So little known, maybe,

11   part of my background is I attended a fine arts

12   school for a period of time.  And even just

13   growing up, we would go to the California Academy

14   of Arts on weekends.  Anyway, I love art.  And so

15   when I came in as Vice President, I partnered

16   with FAPE, which is a non-profit that helps

17   supply art around the world for embassies.  And I

18   sat down with the curator, and gave them an idea,

19   and including with the Baltimore Museum, gave

20   them an idea of what I'd like.

21           And so, you know, normally in this

22   house, it's a lot of art which is like scenes of,

23   like, pastures with sheep.

24           MR. BILL WHITAKER:  Mm-hmm. Mm-hmm.

25           VICE PRESIDENT KAMALA HARRIS:  Instead,

4

1    I brought, like, Carrie Mae Weems.  Are you

2    familiar with her?

3            MR. BILL WHITAKER:  Yeah, yep.  I am

4    indeed.

5            VICE PRESIDENT KAMALA HARRIS:  And

6    then, do you know Fred Wilson?

7            MR. BILL WHITAKER:  I don't know Fred

8    Wilson.

9            VICE PRESIDENT KAMALA HARRIS: Okay.  So

10   that chandelier --

11           MR. BILL WHITAKER:  That's a beautiful

12   piece.

13           VICE PRESIDENT KAMALA HARRIS:  -- that

14   chandelier, I begged him.  He does big

15   installations.  And I've had many a world leader

16   in this dining room, and they'll walk by it, and

17   they'll say, oh, is that Venetian?  And I tell

18   them, actually, no, it's Harlem.

19           So Fred Wilson, who is a Black man who

20   lives in New York, did that piece.  It's all on

21   loan.

22           And that's Ed Clark.  Do you know who

23   Ed Clark is?

24           MR. BILL WHITAKER:  Mm-hmm.  Mm-hmm.

25           VICE PRESIDENT KAMALA HARRIS:  That's

1  Ed Clark.  I've got some Sam Gilliam, and he --

2  You know, I'm so sorry that -- He knew it was

3  here.  He was alive when I first came in, but it

4  was at the height of COVID, and then he passed.

5  But his family has come to see it, but he was so

6  happy that his art was in this house.

7            MR. BILL WHITAKER:  Yeah.

8            VICE PRESIDENT KAMALA HARRIS:  So

9  anyway, it's all on rotation.  And like that one,

10 I'll show you, is a young Black woman from North

11 Carolina.  She is --

12           MR. BILL WHITAKER:  That's --

13           VICE PRESIDENT KAMALA HARRIS:  So

14 Carmen Neely is her name.

15           MR. BILL WHITAKER:  That's stunning.

16           VICE PRESIDENT KAMALA HARRIS:  Yes.

17 She's really -- And so, you know, all the people

18 like you, who come in the house, who are such,

19 you know, opinion leaders, to be able to showcase

20 all of this for people to see -- And then, you

21 know, these world leaders, they'll say, that's

22 American art?  Yes, it is.

23           MR. BILL WHITAKER:  How about that?

24           VICE PRESIDENT KAMALA HARRIS:  Yes, it

25 is, you know?

6

1          MR. BILL WHITAKER:  How about that?

2    Yeah.

3          VICE PRESIDENT KAMALA HARRIS:  Anyway.

4    Okay.

5          CREW:  Bill, we'll do slate when you're

6    ready.

7          VICE PRESIDENT KAMALA HARRIS:  Yes.

8    Yeah, do whatever you want.  You know I have no

9    pride about this stuff.  Okay.

10         CREW: [inaudible]

11         VICE PRESIDENT KAMALA HARRIS:  No,

12   whatever you need to do.

13         CREW:  Hang on.

14         CREW:  Thank you.

15         VICE PRESIDENT KAMALA HARRIS:  Okay.

16         CREW:  Is everybody's cell phone on

17   silent?

18         CREW:  Mm-hmm.

19         CREW:  Ready to slate, folks?

20         CREW:  Slating.

21         CREW:  [inaudible] you good?

22         VICE PRESIDENT KAMALA HARRIS:  Okay.

23   And then, you know that mold is at an all time

24   high today.

25         MR. BILL WHITAKER:  I did not.

1          VICE PRESIDENT KAMALA HARRIS:  Which is

2     the one thing I am allergic to.

3          MR. BILL WHITAKER:  Yeah?

4          CREW:  [inaudible]

5          VICE PRESIDENT KAMALA HARRIS:  That's

6     okay.  Pollen is down.

7          MR. BILL WHITAKER:  Mold is up.

8          VICE PRESIDENT KAMALA HARRIS:  Mold is

9     up.

10          CREW:  That's it.  Just take them off.

11          VICE PRESIDENT KAMALA HARRIS:  You know

12     how I know that, as a matter of fact?  Because I

13     was watching CBS this morning.

14          MR. BILL WHITAKER:  Oh, right?

15          VICE PRESIDENT KAMALA HARRIS:  And they

16     had a little streamy thing.

17          MR. BILL WHITAKER:  There you go.

18          VICE PRESIDENT KAMALA HARRIS:  Now that

19     I think about it.

20          MR. BILL WHITAKER:  You learn something

21     new every day.

22          VICE PRESIDENT KAMALA HARRIS:  Indeed.

23          CREW:  [inaudible] I'm going to just

24     snap it once.  Good?

25          CREW:  Yep.

8

1              CREW:  Coming around.  Don?

2              CREW:  Yeah?

3              CREW:  Got it on both?

4              CREW:  Okay, so we need to clear the

5     background.

6              CREW:  You good, Don?

7              CREW:  Yes.

8              CREW:  Thank you, Tim.

9              CREW:  Thank you.

10             VICE PRESIDENT KAMALA HARRIS:  No

11    problem.  Just do what you need to do.

12             CREW:  [inaudible]

13             CREW:  Everybody set?

14             CREW:  Rolling, perfectly happy.

15             MR. BILL WHITAKER:  Everybody happy?

16             CREW:  Looks good.

17             CREW:  [inaudible] looks great.

18             MR. BILL WHITAKER:  You good?

19             VICE PRESIDENT KAMALA HARRIS:  I'm

20    good.

21             MR. BILL WHITAKER:  All right.

22             Well, Madam Vice President, I want to

23    thank you for doing this, and thank you for

24    inviting us into your home.

25             VICE PRESIDENT KAMALA HARRIS:  Of

1  course.  Of course.

2      MR. BILL WHITAKER:  We're going to be

3  running this on the anniversary of the Hamas

4  attack on Israel.

5      VICE PRESIDENT KAMALA HARRIS:  Yeah.

6  October 7th.

7      MR. BILL WHITAKER:  So let's just start

8  with Israel.

9      CREW:  Hang on one second, Bill.

10      MR. BILL WHITAKER:  Yeah.

11      CREW:  Sorry, we had someone in the

12  background, and I'm afraid you're going to have

13  to re-ask that.

14      VICE PRESIDENT KAMALA HARRIS:  Okay,

15  whoever's in the dining room?

16      WOMAN:  It was me.  Sorry.

17      VICE PRESIDENT KAMALA HARRIS:  Okay.

18      MR. BILL WHITAKER:  So yeah, just to

19  start with Israel.

20      VICE PRESIDENT KAMALA HARRIS:  Okay.

21      MR. BILL WHITAKER:  The events of the

22  past few weeks have pushed us to the brink, if

23  not into an all-out regional war in the Middle

24  East.

25      VICE PRESIDENT KAMALA HARRIS:  Mm-hmm.

10

1          MR. BILL WHITAKER:  What can the U.S.

2    do at this point to stop this from spinning out

3    of control?

4          VICE PRESIDENT KAMALA HARRIS:  Well,

5    let's start with October 7th.  Because obviously,

6    what we do now must be in the context of what has

7    happened.  And as I reflect on a year ago, and

8    that 1,200 people were massacred, young people at

9    a festival, at a music festival, 250 hostages

10    were taken, including Americans, women were

11    brutally raped.  And as I said then, I maintain

12    Israel has a right to defend itself.  We would.

13    And how it does so matters.

14          And as we fast forward into what we

15    have seen in the ensuing weeks and months, far

16    too many innocent Palestinians have been killed.

17    And we know that, and I think most agree, this

18    war has to end.  And that has to be our number

19    one imperative, and that has been our number one

20    imperative.  How can we get this war to end?

21    Well, critical elements of that are we have got

22    to get a hostage deal and a ceasefire deal done.

23    We have to -- we have to get aid in.  We have to

24    lay the path toward a two-state solution.  I do

25    believe that we must maintain that as an

1  objective, no matter how out of reach it seems at

2  the moment.  And the work that we have to do is

3  also pay attention to what is happening every day

4  in the region, and put U.S. resources into

5  everything we can do, diplomatically and

6  otherwise, to de-escalate what is happening in

7  the region.

8        MR. BILL WHITAKER:  We supply Israel

9  with billions of dollars in military aid.

10        VICE PRESIDENT KAMALA HARRIS:  Mm-hmm.

11        MR. BILL WHITAKER:  And yet Prime

12  Minister Netanyahu seems to be charting his own

13  course.  The Biden Administration, the Biden-

14  Harris Administration has pressed him to agree to

15  a ceasefire, he's resisted.  You urged him not to

16  go into Lebanon, he went in anyway.  He has

17  promised to make Iran pay for the missile attack,

18  and that has the potential of expanding the war.

19  Does the U.S. have no sway over Prime Minister

20  Netanyahu?

21        VICE PRESIDENT KAMALA HARRIS:  Well,

22  let's start with this.  On this subject, the aid

23  that we have given Israel allowed Israel to

24  defend itself against 200 ballistic missiles that

25  were just meant to attack the Israelis, and the

1   people of Israel.  And I think that is the most

2   recent example of why what we do to assist in

3   their defense around military aid is important.

4   And when we think about the threat that Hamas,

5   Hezbollah presents Iran, I think that it is

6   without any question our imperative to do what we

7   can to allow Israel to defend itself against

8   those kinds of attacks.

9           Now, the work that we do diplomatically

10  with the leadership of Israel is an ongoing

11  pursuit around making clear our principles, which

12  include the need for humanitarian aid, the need

13  for this war to end, the need for a deal to be

14  done which would release the hostages, and create

15  a ceasefire. And we're not going to stop in terms

16  of putting that pressure on Israel, and in the

17  region, including with other leaders in the

18  region, including Arab leaders.

19          MR. BILL WHITAKER:  But it seems that

20  Prime Minister Netanyahu is not listening.  "The

21  Wall Street Journal" said that he -- that your

22  administration has repeatedly been blindsided by

23  Netanyahu, and in fact, he has rebuffed just

24  about all of your administration's entreaties.

25          VICE PRESIDENT KAMALA HARRIS:  Well,

13

1  Bill, the work that we have done has resulted in

2  a number of movements in that region by Israel

3  that were very much prompted by, or a result of

4  many things, including our advocacy for what

5  needs to happen in the region.  And we're not

6  going to stop doing that.  We are not going to

7  stop pursuing what is necessary for the United

8  States to be clear about where we stand on the

9  need for this war to end.

10         MR. BILL WHITAKER:  Just one last

11  thing.  Do we have a real close ally in Prime

12  Minister Netanyahu?

13         VICE PRESIDENT KAMALA HARRIS:  I think,

14  with all due respect, the better question is do

15  we have an important alliance between the

16  American people and the Israeli people.  And the

17  answer to that question is yes.  And we are going

18  to do what is important to support whatever

19  leadership is in Israel, that is defending the

20  security of the State of Israel.

21         MR. BILL WHITAKER:  Let's shift gears

22  here, and most basic of questions, why do you

23  want to be President of the United States?

24         VICE PRESIDENT KAMALA HARRIS:  There

25  are many reasons.  But probably first and

14

1   foremost, I truly believe in the promise of

2   America.  I do.  And I love the American people.

3   You know, we are a people who have ambition and

4   aspirations and dreams, and optimism and hope.

5   If you look at the character of who we are, and

6   how we have achieved the strength that we have

7   achieved, I believe in large part it is because

8   of our character, and our belief in the promise

9   of America.  And I'm running for President

10  because I want to do everything that is possible

11  to create an opportunity for people to achieve

12  those goals, those ambitions, and those dreams.

13          And that is why you will hear me talk

14  about my plan for an opportunity economy, to

15  invest in what we can do not only to bring the

16  cost of living and prices down for folks, because

17  even though we've achieved a lot of success,

18  prices are still too high.  You know it, I know

19  it.  But what we can do to invest in the

20  innovation that is happening in startups, in our

21  small businesses, what we can do to invest in the

22  industries of the future, what we can do to

23  maintain America's strength in the global

24  context.

25          MR. BILL WHITAKER:  But that's why you

15

1  want to run.  That's why you want to be

2  President.

3          VICE PRESIDENT KAMALA HARRIS:  That's

4  why I'm running.  That, and some other reasons.

5          MR. BILL WHITAKER:  But you're asking

6  the American people to make you the most powerful

7  person on the planet.

8          VICE PRESIDENT KAMALA HARRIS:  Mm-hmm.

9          MR. BILL WHITAKER:  Why do you deserve

10  the American people's votes?

11          VICE PRESIDENT KAMALA HARRIS:  Well,

12  first of all, I have a career and a history of

13  being very clear that I think of my role of

14  leadership, and in particular now, for the last

15  four years as Vice President, and moving forward

16  as President, if the voters will have me, as

17  being a leader on behalf of all Americans.  As

18  you know, I spent the majority of my career as a

19  prosecutor.  And I'm going to tell you, I never

20  asked a victim of crime, a witness whether they

21  were a Democrat, are you a Republican, are you an

22  Independent?  The only thing I ever asked folks

23  is, are you okay?  And I believe that America

24  deserves a leader who works on behalf of all

25  Americans, and understands the importance of

16

1    knowing that the vast majority of us have so much

2    more in common than what separates us.

3           And my career and my work has always

4    been about being grounded in common sense

5    approaches to getting things done.  And when it

6    comes to what we need to do as it relates to

7    national security, we just had that conversation,

8    that includes understanding and respecting the

9    power and the strength of the United States of

10   America, and our then responsibility to be a

11   global leader, to nurture and strengthen our

12   alliances around the world, to respect the U.S.

13   military, and its most noble mission, to do the

14   work of appreciating alliances, be it NATO or

15   others, to do the work of pursuing diplomacy when

16   it is in the best interest of our national

17   security and prosperity.

18          And my experiences tell me not only

19   that those must be priorities of the United

20   States of America, and the President of the

21   United States of America, and the Commander in

22   Chief of the United States of America, but also,

23   all of those experiences tell me that the

24   American people in this election have a clear

25   choice.  Because on the other side of the

1   equation, we are looking at the Former President

2   Donald Trump, who has shown himself to be, when

3   he was a commander in chief, someone who gave

4   away America's standing in terms of our

5   principles of standing up to dictators and

6   autocrats.  You see how he compliments Putin even

7   today, someone who was prepared to walk away from

8   our alliances.  NATO is the strongest military

9   alliance the world has ever known.  We have seen

10  someone, in Donald Trump, who openly criticizes

11  the United States military, men and women who are

12  prepared to at great sacrifice serve our country,

13  and defend the principles upon which we were

14  founded. He calls them suckers and losers.

15       MR. BILL WHITAKER:  But Madam Vice

16  President, a quarter of registered voters still

17  say they don't know you, they don't know what

18  makes you tick.  And why do you think that is?  I

19  mean, you have been Vice President for almost

20  four years.  You've been on the national scene

21  for longer.  What's the disconnect?

22       VICE PRESIDENT KAMALA HARRIS:  It's an

23  election, Bill.  And I take it seriously that I

24  have to earn everyone's vote.  And that's why I'm

25  traveling our country.  I've seen you in a few

18

1   states in the last couple of days, I am talking

2   to folks where they live.  I am listening to

3   folks, and working to earn the vote of every

4   American.  This is an election for President of

5   the United States.  No one should be able to take

6   for granted that they can just declare themselves

7   a candidate, and automatically receive support.

8   You have to earn it.  And that's what I intend to

9   do.

10          MR. BILL WHITAKER:  Let me tell you

11  what your critics, and the columnists say.

12          VICE PRESIDENT KAMALA HARRIS:  Okay.

13          MR. BILL WHITAKER:  They say that the

14  reason so many voters don't know you is that you

15  have changed your position on so many things.

16  You were against fracking, now you're for it.

17  You supported looser immigration policies, now

18  you're tightening them up.  You were for Medicare

19  for all, now you're not.  So many that people

20  don't truly know what you believe, or what you

21  stand for.  And I know you've heard that.

22          VICE PRESIDENT KAMALA HARRIS:  So let's

23  be clear.  First of all, a lot of the positions

24  that you're talking about have been discussed and

25  dispensed with in 2020, four years ago.  But let

1  me be clear on something.

2      In the last four years I have been Vice

3  President of the United States.  Not a senator

4  from a particular state, not coming from a

5  particular state, but Vice President of the

6  United States of America.  And I have been

7  traveling our country, and I have been listening

8  to folks, and seeking what is possible in terms

9  of common ground, common sense solutions,

10  building consensus.  And that is why I have taken

11  the positions that I take, not dispensing with my

12  values, but understanding we have to -- a real

13  leader has to find consensus.

14      So for example, on the issue of

15  fracking, I've been very clear since 2020, I will

16  not end fracking.  I did not, as Vice President.

17  In fact, as Vice President of the United States,

18  I cast the decisive vote.  I broke the tie in

19  Congress that now allows more leases for

20  fracking.

21      On the issue of healthcare in America,

22  my value has always been that access to

23  healthcare should be a right, and not just a

24  privilege of those who can afford it.  Which is

25  why I cast the tie-breaking vote in the United

1   States Congress that has now allowed us to cap

2   the cost of insulin for seniors at $35 a month.

3   The work that I have been a part of, and helped

4   lead about capping the cost of prescription

5   medication for our seniors at $2,000 a year, all

6   born out of my belief that we need to bring the

7   price of medication down because it has been too

8   expensive for too many people, to the point that

9   they couldn't even afford to fill their

10  prescription.  That's why I've been a huge

11  advocate for what we have accomplished, finally,

12  to allow Medicare to negotiate drug prices on

13  behalf of the American people.

14          MR. BILL WHITAKER:  You have said that

15  your values haven't changed, but your positions

16  have.  And I think people want to know is this

17  evolution, or as your critics say, opportunism?

18          VICE PRESIDENT KAMALA HARRIS:  I think

19  that we should understand the importance of a

20  leader building consensus.  I believe in building

21  consensus.  And I believe in finding a way that

22  the American people -- and we are a diverse

23  people.  Geographically, regionally, based on

24  whether it be urban, rural, agricultural, we are

25  a diverse people in terms of where we are in our

1  backgrounds.  And what the American people do

2  want is that we have leaders who can build

3  consensus, where we can figure out compromise,

4  and understand it's not a bad thing, as long as

5  you don't compromise your values, to find common

6  sense solutions.  And that has been my approach.

7         MR. BILL WHITAKER:  Let's move on to

8  the economy.  As you were saying -- Well, first

9  of all, the economy and inflation, those are the

10 primary concerns of the American voters this

11 election year.

12        VICE PRESIDENT KAMALA HARRIS:  Mm-hmm.

13        MR. BILL WHITAKER:  You just got some

14 blockbuster jobs report, a blockbuster job report

15 the other day, and there are lots of signs that

16 the American economy is doing very well, better

17 than most countries, I think.  But the American

18 people don't seem to be feeling it.  Groceries

19 are 25% higher than when you took office, and

20 people are blaming you and Joe Biden for that.

21 Are they wrong?

22        VICE PRESIDENT KAMALA HARRIS:  So you

23 are correct that under our leadership, the United

24 States of America has recovered, and is stronger

25 than any other so-called developed nation in the

1   world, in particular after the crisis that was

2   the pandemic.  And understand, we came into

3   office facing a disaster, in large part because

4   of the mismanagement of the Former President

5   Donald Trump, where the economy was in a slump,

6   people were dying by the hundreds.  It was a real

7   crisis.  But because of our approach and our

8   work, we now have historic low unemployment in

9   America, among all groups of people.  We now have

10  an economy that is thriving by all macroeconomic

11  measures.  We have recovered in a way that we

12  have created almost 800,000 new manufacturing

13  jobs.  We have created over 16 million new jobs

14  as a whole.

15          And to your point, prices are still too

16  high.  And I know that, and we need to deal with

17  it.  Which is why part of my plan, you mentioned

18  groceries, part of my plan is what we must do to

19  bring down the price of groceries.  I'm taking on

20  an issue I've taken on before as Attorney

21  General, the issue of price gouging.  Which is

22  not all, but some corporations and businesses

23  that take advantage of a crisis, and jack prices

24  up, making the cost of groceries and other

25  everyday essentials too expensive for the

23

1   American people.

2           MR. BILL WHITAKER:  But you're --

3           VICE PRESIDENT KAMALA HARRIS:  I'm

4   taking on the issue of housing.  It's a big issue

5   in our country. It's too expensive.  There were

6   generations before us that believed they could

7   achieve the American dream, which included home

8   ownership.  Now I travel our country, I talk to

9   young people every day, and they are so concerned

10  they'll never be able to afford to buy a home, or

11  even start a family because of the cost of

12  housing.  So part of my plan is to put the

13  resources into partnering with builders and

14  developers, to create incentives for them to

15  build three million new homes by the end of my

16  first term.  And my plan includes giving first-

17  time homebuyers a $25,000 down payment assistance

18  so they can just get their foot in the door.

19          MR. BILL WHITAKER:  Well, let's talk

20  about that.  You want to expand the Child Tax

21  Credit.

22          VICE PRESIDENT KAMALA HARRIS:  Yes, I

23  do.

24          MR. BILL WHITAKER:  You want to give

25  tax breaks to first-time homebuyers.

24

1          VICE PRESIDENT KAMALA HARRIS:  Yes.

2          MR. BILL WHITAKER:  And people starting

3    small businesses.

4          VICE PRESIDENT KAMALA HARRIS:  Right.

5          MR. BILL WHITAKER:  But it is estimated

6    by the Nonpartisan Committee for Responsible

7    Federal Budget that your economic plan would add

8    $3 trillion to the federal deficit over the next

9    decade. How are you going to pay for that?

10          VICE PRESIDENT KAMALA HARRIS:  Okay.

11    So the other economists that have reviewed my

12    plan versus my opponent, because this is an

13    election and there are two choices, everyone from

14    Goldman Sachs to Moody's to 16 Nobel laureates,

15    so on the first point, comparing my economic plan

16    to Donald Trump's economic plan, they have

17    reviewed it, and determined that my economic plan

18    would strengthen America's economy, his would

19    weaken it.  Sixteen Nobel laureates, Moody's,

20    others have determined, after reviewing what

21    Donald Trump is proposing, that he would induce

22    inflation, increase inflation, and bring about a

23    recession by the middle of next year.

24          MR. BILL WHITAKER:  But --

25          VICE PRESIDENT KAMALA HARRIS:  My plan,

25

1    Bill, if you don't mind, my plan is about saying

2    that when you invest in small businesses, you

3    invest in the middle class, and you strengthen

4    America's economy.  Small businesses are part of

5    the backbone of America's economy --

6            MR. BILL WHITAKER:  But pardon me,

7    Madam Vice President, the question was how are

8    you going to pay for it?

9            VICE PRESIDENT KAMALA HARRIS:  Well,

10   one of the things is I'm going to make sure that

11   the richest among us, who can afford it, pay

12   their fair share in taxes.  Listen, again, my

13   opponent, when he was President, issued a tax cut

14   for people like himself, billionaires, and the

15   biggest corporations.  My perspective is

16   everybody needs to pay their fair share.  It is

17   not right that teachers and nurses and

18   firefighters are paying a higher tax rate than

19   billionaires, and the biggest corporations.

20           MR. BILL WHITAKER:  But, but --

21           VICE PRESIDENT KAMALA HARRIS:  And I

22   plan on making that fair.

23           MR. BILL WHITAKER:  But we're dealing

24   with the real world here.

25           VICE PRESIDENT KAMALA HARRIS:  But the

1    real world includes --

2         MR. BILL WHITAKER:  How are you going

3    to get this through Congress?

4         VICE PRESIDENT KAMALA HARRIS:  Well,

5    you know, when you talk quietly with a lot of

6    folks in Congress, they know exactly what I'm

7    talking about, because their constituents know

8    exactly what I'm talking about.  Their

9    constituents are those firefighters and teachers

10   and nurses.  Their constituents are middle class

11   hard-working folk who know that it is not right

12   that hard-working people are paying a higher tax

13   rate than the richest people, who can afford to

14   pay their fair share.  So that's how we deal with

15   it.

16        But understand also that this is --

17   yes, it is about how we pay for what we're doing,

18   but understand it's not -- it doesn't end there.

19   My plan is actually about strengthening America's

20   economy.  Not just netting zero, my plan is about

21   doing what we can do for small businesses and

22   startups.  Right now, the tax deduction, Bill,

23   for a startup, $5,000.  In 2024, nary a person is

24   going to be able to start a small business with

25   $5,000.  So I'm going to extend it to $50,000.

27

1  My plan is about what we need to do, and yes,

2  expand the Child Tax Credit.  Because for young

3  families, for the first year of their child's

4  life, $6,000 allows them to buy a crib, a car

5  seat, and just be able to not just get by, but

6  get ahead for that most critical stage of their

7  child's development.  We all benefit from that.

8  We all benefit from that.

9        MR. BILL WHITAKER:  I understand.  But

10 that sounds great -- it does, it all sounds good.

11 But the reality is these tax cuts have been in

12 place for years.

13       VICE PRESIDENT KAMALA HARRIS:  They're

14 about to expire.

15       MR. BILL WHITAKER:  Yes, and Congress

16 has shown no inclination to move in your

17 direction.

18       VICE PRESIDENT KAMALA HARRIS:  I

19 disagree with you.  There are plenty of leaders

20 in Congress who understand and know that the

21 Trump tax cuts blew up our federal deficit, and

22 care about the deficit in a way that they know we

23 must address it by making sure that our tax

24 policy reflects fairness.  And again, understand

25 none of us, and certainly I cannot afford to be

1    myopic in terms of how I think about

2    strengthening America's economy.  And that has to

3    include where are we investing our resources in a

4    way that we maximize the return on the

5    investment?

6         Let me tell you something.  I am a

7    devout public servant.  You know that.  I am also

8    a capitalist.  And I know the limitations of

9    government.  Part of the work I've always done,

10   and the work I will do as President includes

11   engaging the private sector to join in what we

12   can do, whether it be, again, tax incentives for

13   builders or developers, or what we need to do to

14   increase the work I've already done to get some

15   of our biggest finance houses and corporations to

16   invest in community banks, to increase access to

17   capital for small businesses.

18        MR. BILL WHITAKER:  So if --

19        VICE PRESIDENT KAMALA HARRIS:  All of

20   this work must be done, but we have to have a

21   holistic approach that is comprehensive.

22        MR. BILL WHITAKER:  I guess what I was

23   asking, if all of this makes so much sense, why

24   has this not been done?

25        VICE PRESIDENT KAMALA HARRIS:  Well --

1       MR. BILL WHITAKER:  You are dealing

2  with a Congress that is divided, that many are in

3  opposition to not only you, but your policies.

4  So how are you going to make this come true?

5       VICE PRESIDENT KAMALA HARRIS:  Bill, if

6  I approached my life as though, well, it's never

7  been done before, therefore it cannot be done, I

8  wouldn't be sitting here in this interview with

9  you.  That's the truth.  But I do believe that we

10 have to have leadership in our country as we turn

11 the page on all of these, sadly, powerful forces

12 that have been trying to divide us.  We have to

13 turn the page on that, and chart a new way

14 forward that is driven by building consensus, and

15 building common ground.

16       Listen, if you look at my campaign, I

17 am supported by over 200 former members of Mitt

18 Romney -- Romney, John McCain, both President

19 Bush, and even Former President Trump's teams.  I

20 have the support of people who are -- Republicans

21 who understand what is at stake in this election,

22 be it as it relates to our democracy, and our

23 most fundamental principles, and I do believe

24 based on a collective understanding we have that

25 America's politics has to get back to the place

30

1   of encouraging healthy debate, but not division

2   for the sake of division.

3          MR. BILL WHITAKER:  Hmm.  Just a couple

4   more economic story -- questions here.

5          VICE PRESIDENT KAMALA HARRIS:  Sure.

6          MR. BILL WHITAKER:  Donald Trump says

7   that tariffs on imports, well, that would be the

8   solution to all of our economic woes.  You

9   criticize his plan for tariffs.  Yet the Biden-

10  Harris Administration has left many of the Trump-

11  era tariffs in place, especially when it regards

12  China, and President Biden has, in fact, expanded

13  some of those tariffs.  Would you continue the

14  Trump-era tariffs if you're elected?

15         VICE PRESIDENT KAMALA HARRIS:  So part

16  of the real problem that economists and others

17  have pointed out about Trump's approach in this

18  election, he is advocating what is at least a 20%

19  tariff across the board on everyday necessities

20  and goods, which economists have estimated will

21  cost the average American family more than almost

22  $4,000 a year, more than what they're already

23  paying.  For everyday goods --

24         MR. BILL WHITAKER:  But you've got

25  tariffs --

1          VICE PRESIDENT KAMALA HARRIS:  Let me

2    get to my point.  On everyday goods.  So an

3    across the board blanket policy on tariffs for

4    everyday goods and necessities.  Tariff policy,

5    we cannot afford to have that is just a blind

6    policy, without looking at what we are talking

7    about, and what will it induce, what will it

8    incentivize.

9          On the point about China, look, America

10   has to win the competition for the 21st century

11   as it relates to China.  And we need to have

12   policy that includes investing in America,

13   investing in American workers, investing in

14   American manufacturing, investing in American

15   supply chain.  And that is, I believe, smart and

16   important policy not only for the sake of our

17   security, but also our prosperity.

18          MR. BILL WHITAKER:  So let's move on to

19   immigration.  You recently visited the southern

20   border, and embraced President Biden's recent

21   crackdown on asylum seekers.  And that crackdown

22   produced an almost immediate and dramatic

23   decrease in the number of border crossings, and

24   you said you would take it even further.  If

25   that's the right answer now, why didn't your

1    administration take those steps in 2021?

2            VICE PRESIDENT KAMALA HARRIS:  So we

3    came into office, and almost hours, Bill, after

4    our inauguration, the first bill we proposed to

5    Congress was to fix our broken immigration

6    system, knowing that if you want to actually fix

7    it, we need Congress to act.  It was not taken

8    up.

9            Fast forward to a moment when a

10   bipartisan group of members of the United States

11   Senate, including one of the most conservative

12   members of the United States Senate, got

13   together, came up with a border security bill,

14   which I support.  Well, guess what happened?

15   Donald Trump got word that this bill was afoot,

16   and could be passed, knowing that it could fix

17   part of the problem, and he wants to run on a

18   problem instead of fixing a problem, so he told

19   his buddies in Congress kill the bill, don't let

20   it move forward.

21           MR. BILL WHITAKER:  But Madam Vice

22   President, I've been covering the border for

23   years, and so I know this is not a problem that

24   started with your administration.

25           VICE PRESIDENT KAMALA HARRIS:  Correct.

1    Correct.

2              MR. BILL WHITAKER:  But there was an

3    historic flood of undocumented immigrants coming

4    across the border the first three years of your

5    administration.  As a matter of fact, arrivals

6    quadrupled from the last year of President Trump.

7    Was it a mistake to loosen the immigration

8    policies as much as you did in 2021?

9              VICE PRESIDENT KAMALA HARRIS:  So

10   regionally, and actually globally, we have seen

11   this as an issue, and America is obviously not

12   immune from this issue.  But the focus has to be,

13   to your point, you've been covering it for years,

14   it's a long-standing problem, and solutions are

15   at hand.  And from day one, literally, we have

16   been offering solutions which have not been

17   picked up, and then, when there was a border

18   security bill, my opponent decided to run on the

19   problem instead of fixing the problem.

20             And understand what that bill would

21   have done.  That border security bill would have

22   put 1,500 more agents at the border, which is why

23   the Border Patrol Union supported it.  It would

24   have put more resources into stemming the flow of

25   fentanyl.  Which is a scourge.

34

1          MR. BILL WHITAKER:  But that was just

2    this past year.  That was just this past year.

3    What I was asking was, was it a mistake to kind

4    of allow that flood to happen in the first place?

5          VICE PRESIDENT KAMALA HARRIS:  I think

6    it -- The policies that we have been proposing

7    are about fixing a problem, not promoting a

8    problem.  Okay?  But the way --

9          MR. BILL WHITAKER:  But the numbers did

10   quadruple under your watch.

11         VICE PRESIDENT KAMALA HARRIS:  And the

12   numbers today, because of what we have done, we

13   have cut the flow of illegal immigration by half.

14   We have cut the flow of fentanyl by half.

15         MR. BILL WHITAKER:  But should you have

16   done that, shouldn't you have done that --

17         VICE PRESIDENT KAMALA HARRIS:  But we

18   need Congress to be able to act to actually fix

19   the problem.

20         I was just at the border.

21         MR. BILL WHITAKER:  Mm-hmm.

22         VICE PRESIDENT KAMALA HARRIS:  I'm

23   talking with these incredible men and women who

24   are working around the clock, because again, they

25   don't have the resources they need.  We need an

1  act of Congress, who carries the purse, to do it.

2  Donald Trump told them don't act.

3        I talked with the Border Patrol agents,

4  some of the leaders.  Part of the issue that they

5  identified is we need more asylum judges.  We

6  need more processing of people who are coming to

7  our border, and the resources aren't there.  You

8  know how those resources, commensurate with the

9  need, get dedicated?  Congress has to act.

10        MR. BILL WHITAKER:  But I guess my

11  question is, it's a pretty simple one, if this is

12  the right answer now, what you tried to do with

13  the bipartisan bill this tour --

14        VICE PRESIDENT KAMALA HARRIS:  And what

15  we tried to do on day one, Bill.  And what we

16  tried to do on day one.  When we came in, first

17  order of business before we did the Inflation

18  Reduction Act, before we did -- successfully, by

19  the way, without one Republican vote.  Before we

20  did the bipartisan infrastructure bill, before we

21  passed the first meaningful piece of legislation

22  to deal with gun violence in America in 30 years,

23  the first, first thing we did was to offer a

24  comprehensive solution to create a pathway for

25  citizenship, and for people to earn it, and to

1    deal with what we need to do to put more

2    resources to ensure that we are able to heighten

3    our level of security at the border.

4            MR. BILL WHITAKER:  So yeah, we do need

5    to move on, because our time is short.  But I'm

6    trying to understand how it is that with this

7    emphasis on the border, the numbers of crossings

8    quadrupled under the first three years of the

9    Biden-Harris Administration.  What -- how did

10   that happen?

11           VICE PRESIDENT KAMALA HARRIS:  There

12   are a variety of factors that relate to what we

13   have seen globally, and what we are not immune

14   from at our own border in terms of what we have

15   seen in terms of the surge of immigration and

16   irregular migration.  And there are solutions at

17   hand, but we've got to have leaders who are

18   solution-oriented, which we've been and are, and

19   I am going forward, instead of leaders who want

20   to make it a problem they can run on.

21           MR. BILL WHITAKER:  And talking about

22   that person you're mentioning right now, you have

23   accused Donald Trump of using racist tropes when

24   it comes to Haitian immigrants in Springfield,

25   Ohio, when it comes to birtherism, when it comes

1   to Charlottesville.  In fact, you have called him

2   a racist, and divisive.  Yet Donald Trump has the

3   support of millions and millions of Americans.

4   How do you explain that?

5          VICE PRESIDENT KAMALA HARRIS:  So let's

6   just break down what you just talked about, and

7   talk about it in the context of the words that

8   Donald Trump has spoken, and the actions he has

9   taken, and whether that is reflective of who we

10  are as Americans, knowing we have so much more in

11  common than what separates us.

12         We have a former president who wants to

13  be President again, who has a bouquet of

14  microphones in front of him, who has said the

15  most vile lies about a group of legal immigrants

16  in Springfield, Ohio.  And if I may, Bill, let me

17  just say something.  You know, from the time I

18  was a prosecutor, to attorney general, to now I'm

19  Vice President, I learned very early in my career

20  when the voters bestow on you the authority to

21  have these positions, you must be very thoughtful

22  about how you use that microphone in front of

23  you.  And you know, when I was attorney general,

24  the words I spoke could move markets.

25         So the idea that the former president,

1  who again is running to be President, would use

2  that microphone in a way that is about vilifying

3  and demeaning a whole population of people, you

4  know what has happened because of that?  One day

5  when this happened was a school day, picture day

6  for an elementary school.  Picture day.  You know

7  what picture day is for our children.  They get

8  excited the night before when you put out the

9  clothes they're going to wear, they go to school

10  making sure their faces are clean, and their hair

11  is done, and they go to school for picture day.

12  You know what happened to these children?  They

13  had to evacuate that day, because of the fear of

14  the threats that were being issued in Springfield

15  because of the words of Donald Trump.

16         MR. BILL WHITAKER:  So --

17         VICE PRESIDENT KAMALA HARRIS:  So I say

18  that I'm glad you're pointing these comments out

19  that he has made, that have resulted in a

20  response by most reasonable people to say it's

21  just wrong.  It's just wrong.

22         MR. BILL WHITAKER:  So you have said

23  you want to be the President of all the people.

24         VICE PRESIDENT KAMALA HARRIS:  Yes.

25         MR. BILL WHITAKER:  With so many people

39

1    supporting Donald Trump, a man you have called a

2    racist, how do you bridge that seemingly

3    unbridgeable gap?

4              VICE PRESIDENT KAMALA HARRIS:  I

5    believe that the people of America want a leader

6    who's not trying to divide us, and demean.  I

7    believe that the American people recognize that

8    the true measure of the strength of a leader is

9    not based on who you beat down, it's based on who

10   you lift up.  And I have traveled around our

11   country, and I have met with people of every

12   background and walk of life, including people who

13   have supported Donald Trump in the past, who say

14   to me they're ready to turn the page.  They're

15   exhausted with what he has been doing, and that

16   approach, and they want to chart a new way

17   forward for our country.

18             MR. BILL WHITAKER:  So was democracy

19   best served by President Biden stepping down, and

20   basically handing you a nomination?  You didn't

21   have to go through a primary process, you didn't

22   have to fight off other contenders, and that's

23   not really the way our system was intended to

24   work.

25             VICE PRESIDENT KAMALA HARRIS:  So

1   President Biden made a decision that I think
2   history is going to show is rare among leaders,
3   which was to put country before self.  And I am
4   proud to have earned the support of the vast
5   majority of delegates, and to have been elected
6   the Democratic nominee to be Vice President of
7   the United States.  I am honored to have received
8   the support and endorsement of over 200
9   Republicans who served in the last three
10  Republican Presidential administrations.  I am
11  proud to have earned the support of leaders of
12  our national security community.  I am proud to
13  have received the endorsement of leaders around
14  this country from every background and walk of
15  life, to fight in this election over the next
16  month for our democracy, and the principles upon
17  which it stands.
18          What is at stake in this election, you
19  mentioned our democracy, is whether we are a
20  nation that abides by and respects the rule of
21  law, and that we have a President who is the
22  champion of following and respecting and
23  upholding rule of law.
24          MR. BILL WHITAKER:  But I would think
25  that --

41

1          VICE PRESIDENT KAMALA HARRIS:  Not

2     someone who has been convicted of 34 felonies,

3     who tried to overturn the free and fair election

4     which was the will of the people on January 6th.

5     Not someone who has said he would be a dictator

6     on day one.  Not someone who has said, and these

7     are his words, he would terminate the

8     Constitution of the United States of America.

9          MR. BILL WHITAKER:  But I think this

10    truncated process is why people think or say they

11    don't really know who you are.

12         VICE PRESIDENT KAMALA HARRIS:  Well,

13    Bill, there's no question.  Look, I've been in

14    this race for 70 days, and there is work to be

15    done.  It is, without any question, a short

16    period of time.  There's no question about that.

17    Which is why I'm traveling around our country --

18         As I said earlier, I mean you've seen

19    me, I'm from one state to the next to the next.

20    I don't know how many states I've been in this

21    last week alone.  Literally, I've lost count.  So

22    it is my responsibility to earn the vote.  And

23    I'm going to work to do that.

24         MR. BILL WHITAKER:  Three-quarters of

25    the American voters, or likely voters, say that

1   they are concerned about the possibility of

2   election-related violence.  And with two

3   assassination attempts against former president

4   Trump, the country seems near a boiling point.

5   What can you do, what should you do to lower the

6   temperature?

7          VICE PRESIDENT KAMALA HARRIS:  Well,

8   first let's start with those attempts,

9   assassination attempts on the former president.

10  I was deeply disturbed, shocked, and shaken,

11  frankly, when they happened.  I called the former

12  president to check on him.  But it is really

13  important that all of us speak loudly, regardless

14  of who we're voting for, to say our differences

15  have to be settled at the ballot box, and not

16  through violence.  We cannot lose our soul in

17  terms of who we are as Americans by resorting to

18  violence to settle our differences, much less to

19  make a decision about who's going to be the next

20  President of the United States.

21         MR. BILL WHITAKER:  Let's hit on some

22  more foreign policy.  Which foreign country do

23  you consider to be our greatest adversary?

24         VICE PRESIDENT KAMALA HARRIS:  Well,

25  there are different reasons that we should be

43

1  thoughtful about each.  Most recently, I think

2  there's an obvious one in mind, which is Iran.

3  And look, I mean, Iran has American blood on

4  their hands, okay?  And what we saw in terms of

5  just this attack on Israel, 200 ballistic

6  missiles, what we need to do to ensure that Iran

7  never achieves the ability to be a nuclear power,

8  that is one of my highest priorities.  And that

9  must be.

10         MR. BILL WHITAKER:  So if you have

11  proof that Iran is building a nuclear weapon,

12  would you take military action?

13         VICE PRESIDENT KAMALA HARRIS:  I'm not

14  going to talk about hypotheticals at this moment.

15         MR. BILL WHITAKER:  What about China?

16  China is strongly asserting its dominance, its

17  control of the South China Sea, especially around

18  the Philippines.

19         VICE PRESIDENT KAMALA HARRIS:  Yeah.

20         MR. BILL WHITAKER:  What is the U.S.

21  responsibility for keeping China from simply

22  taking over the South China Sea?

23         VICE PRESIDENT KAMALA HARRIS:  Well, I

24  have actually worked very closely with the

25  leaders in the Philippines on just this very

44

1    issue, and including the work that we are doing

2    in terms of coordination between our military and

3    training, and what needs to happen in terms of

4    protecting the freedom of the South China Sea.

5            China, first of all, we must win the

6    competition for the 21st century with China.  We

7    must be able to compete and win.  We should not

8    seek conflict, but we have to understand that

9    there are parameters in which we must operate

10   that include ensuring, for example, that we

11   protect American business interests.  What we --

12           MR. BILL WHITAKER:  So say if China

13   attacks Taiwan.  Would we use military force to

14   support Taiwan?

15           VICE PRESIDENT KAMALA HARRIS:  Bill,

16   I'm not going to get into hypotheticals.  But

17   listen, we need to make sure that we maintain a

18   one-China policy, and -- but that includes

19   supporting Taiwan's ability to defend itself,

20   including what we need to do to ensure the

21   freedom of the Taiwan Strait.  But on the issue

22   of China, we also -- Again, these are not -- We

23   cannot afford to have foreign policy that is

24   myopic.

25           We must be able to also, as it relates

1    to China, continue to do the work that we have

2    begun to deal with the flow of fentanyl coming

3    into the United States.  That's a real issue.

4    Again, you talk to families around our country

5    who have -- I just, on a constant, sadly, regular

6    basis meet parents and family members of people

7    who have died from fentanyl, young people who

8    have died from fentanyl.  Are we going to stop

9    trying to stem the flow of fentanyl?  And we have

10   to deal with that, and understand China's role in

11   that, and our ability to work with China to stop

12   that flow.  Which we have begun to do, and I'm

13   going to continue to do.  We need to make sure we

14   have open lines of communication with China, in

15   particular military to military.

16          So these issues are all -- they're

17   multifaceted.

18          MR. BILL WHITAKER:  So what about

19   Russia and Ukraine?  What does the end of the war

20   -- what does success look like in ending the war

21   in Ukraine?

22          VICE PRESIDENT KAMALA HARRIS:  There

23   will be no success in ending that war without

24   Ukraine and the UN Charter participating in what

25   that success looks like.

46

1           MR. BILL WHITAKER:  Would you --

2           VICE PRESIDENT KAMALA HARRIS:  That

3    being said, America must stand firm in being a

4    leader in defending international rules and norms

5    that include one of the most important, which is

6    the critical nature and importance of sovereignty

7    and territorial integrity.

8           MR. BILL WHITAKER:  Would you meet with

9    President Vladimir Putin to negotiate a solution

10   to the war in Ukraine?

11          VICE PRESIDENT KAMALA HARRIS:  Not

12   bilaterally, without Ukraine, no.  Ukraine must

13   have a say in the future of Ukraine.

14          MR. BILL WHITAKER:  How about as

15   President, would you support the effort to expand

16   NATO to include Ukraine?

17          VICE PRESIDENT KAMALA HARRIS:  Those

18   are all issues that we will deal with if and when

19   it arrives at that point.  Right now, we are

20   supporting Ukraine's ability to defend itself

21   against Russia's unprovoked aggression, and doing

22   what we can to continue to build and strengthen

23   the alliance around the support for Ukraine's

24   right to be an independent nation, free from

25   having its borders forcefully taken by Russia.

47

1   And we are going to continue to work closely with

2   our NATO allies to continue to reinforce

3   America's alliance in the context of NATO.

4           Again, in this election, there's a real

5   difference between me and the former president.

6   I believe in reinforcing the strength of NATO,

7   understanding again it is the greatest military

8   alliance the world has ever known.  Donald Trump

9   would pull us out of NATO.  Donald Trump, if he

10  were President, Putin would be sitting in Kiev

11  right now.  Let's be clear about that.  He talks

12  about, oh, he can end it on day one.  You know

13  what that is?  It's about surrender.  Achieving

14  peace, and an end to this war is not synonymous

15  with surrender.  Those two things are not the

16  same.

17          MR. BILL WHITAKER:  It's kind of a hard

18  left turn here, but you recently surprised people

19  when you said that you are a gun owner, and that

20  if someone came into your house --

21          VICE PRESIDENT KAMALA HARRIS:  That was

22  not the first time I've talked about it.

23          MR. BILL WHITAKER:  -- they would get

24  shot.

25          VICE PRESIDENT KAMALA HARRIS:  That's

1    not the first time I've talked about it.  But

2    it's -- I mean, I don't talk about it a lot, but

3    --

4              MR. BILL WHITAKER:  So what kind of gun

5    do you own?  And when, and why did you get it?

6              VICE PRESIDENT KAMALA HARRIS:  I have a

7    Glock, and I've had it for quite some time.  And

8    I mean, look, Bill, my background is in law

9    enforcement, and -- so there you go.

10             MR. BILL WHITAKER:  Have you ever fired

11   it?

12             VICE PRESIDENT KAMALA HARRIS:  Yes.  Of

13   course I have.  At a shooting range, yes, of

14   course I have.  And to just give you more detail,

15   and I store it in a lock box, and it is safely

16   stored, and as any responsible gun owner does.

17             MR. BILL WHITAKER:  I'm getting the

18   countdown here, but one last thing.  You are

19   sitting here with us.  The Trump campaign

20   canceled an interview that they had agreed to, to

21   participate in this broadcast.  What do you make

22   of that?

23             VICE PRESIDENT KAMALA HARRIS:  Listen,

24   I think that -- Look, I think that your viewers

25   have options in terms of how they're going to

1   hear from him.  And I invite them to watch what

2   he says at his rallies.  If he is not going to

3   give your viewers the ability to have a

4   meaningful, thoughtful conversation, and question

5   and answer with you, then watch his rallies.  And

6   what you're going to hear are comments about

7   fictional characters, like Hannibal Lecter.

8   You're going to hear conversations suggesting

9   that human beings are eating their pets.  You're

10  going to hear conversations that are about

11  himself, and all of his personal grievances.

12  Words that are intended to divide our country is

13  what you will hear.

14          And what you will not hear is anything

15  about you, the listener.  You will not hear a

16  plan about how he's going to make your life

17  better.  You will not hear a plan about how he's

18  going to strengthen the middle class.  You will

19  not hear about how he is going to strengthen

20  small businesses.  You will not hear about how he

21  is going to try to bring the country together,

22  and find common ground.

23          And Bill, that is why I believe in my

24  soul and heart the American people are ready to

25  turn the page.

1        MR. BILL WHITAKER:  You have said that

2  the country is exhausted.

3        VICE PRESIDENT KAMALA HARRIS:  Yes.

4        MR. BILL WHITAKER:  With the rhetoric,

5  and the finger pointing.  How about you?  Are you

6  exhausted?

7        VICE PRESIDENT KAMALA HARRIS:  I'll be

8  exhausted on November 6th.  Not now.  Not now.

9  Too much to do.  Too much to do.

10       MR. BILL WHITAKER:  Madam Vice

11  President, thank you very much.

12       VICE PRESIDENT KAMALA HARRIS:  Thank

13  you.  Thank you, Bill.  Good to be with you.

14       CREW:  Can we just get just a little

15  bit of a question, please, so I can get an over

16  the shoulder shot?

17       MR. BILL WHITAKER:  Yeah.

18       CREW:  One second [inaudible] okay.

19  Thank you.

20       MR. BILL WHITAKER:  You need me

21  talking?

22       CREW:  Yes, sir.

23       MR. BILL WHITAKER:  Well, we were

24  talking about how you're going to pay for it.

25  And I mean, I truly do mean it, you know, your

1  plans are logical, make logical sense.

2          VICE PRESIDENT KAMALA HARRIS:  Mm-hmm.

3          MR. BILL WHITAKER:  The way Washington

4  works is not logical.  So how are you going to

5  convince a divided Congress that what you say,

6  your plans are something that they should all

7  agree to, and provide to the American people,

8  when they've shown no inclination to do that up

9  to this point?

10          VICE PRESIDENT KAMALA HARRIS:  Is that

11  what you needed?

12          CREW:  Yes, sir.

13          VICE PRESIDENT KAMALA HARRIS:  Okay.

14          CREW:  Yes, ma'am.

15          Thirty seconds of silence, please, for

16  room tone.

17          CREW:  Mark.

18          [00:56:34.634]

19          [silence]

20          [00:56:47.660]

21          CREW:  Cameras are off.

22          MR. BILL WHITAKER:  How will you?

23          VICE PRESIDENT KAMALA HARRIS:  It's

24  going to be taxes.  It's going to be literally

25  the economists -- I mean, they're -- From each,

1    the spectrum --

2              MR. BILL WHITAKER:  But I hear what

3    you're saying about the economists.  This is

4    true.

5              VICE PRESIDENT KAMALA HARRIS:  Yeah.

6    Yeah.

7              MR. BILL WHITAKER:  But Congress is not

8    the economists.  They're --

9              VICE PRESIDENT KAMALA HARRIS:  I know,

10   but --

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25