## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, and REPRESENTATIVE RONNY JACKSON, an individual<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PARAMOUNT GLOBAL d/b/a PARAMOUNT, a Delaware corporation, CBS BROADCASTING INC., a New York corporation, and CBS INTERACTIVE, INC., a Delaware corporation,<br><br>　　　　　　Defendants. | Case 2:24-CV-00236-Z |

### CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER AND DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM

Defendants Paramount Global d/b/a Paramount, CBS Broadcasting Inc. and CBS Interactive Inc., (together "Defendants") have filed (1) a "Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, to Transfer" (Dkt. 49), and (2) a "Motion to Dismiss the Complaint for Lack of Subject Matter, Jurisdiction and Failure to State a Claim" (Dkt. 51) (the "Motions").

The Parties respectfully request, per agreement of the Parties, that the Court extend until **April 28, 2025** Plaintiffs' deadline to file an opposition to the Motions.

The Parties have further agreed that, if the extension is granted, Defendants will have until **May 28, 2025** to file any reply papers.

Plaintiffs' counsel has conferred with counsel for Defendants, and all Parties have consented to this motion in writing.

Respectfully submitted,

EDWARD ANDREW PALTZIK
Texas Bar No. 24140402
Bochner PLLC
1040 Avenue of the Americas
15th Floor
New York, NY 10018
(516) 526-0341
edwardb@bochner.law

*/s/ Edward Paltzik*
_____
Edward Andrew Paltzik

DANIEL Z. EPSTEIN
Texas Bar No. 24110713
16401 NW 37th Avenue, #209E
Miami Gardens, FL 33054
(202) 240-2398
dan@epsteinco.co

_____
Daniel Z. Epstein
*(applying for admission **pro hac vice**)*

        CHRIS D. PARKER
        Texas Bar No. 15479100
        Farris Parker & Hubbard
        A Professional Corporation
        P. O. Box 9620
        Amarillo, TX 79105-9620
        (806) 374-5317 (T)
        (806) 372-2107 (F)
        cparker@pf-lawfirm.com

        _____
        Chris D. Parker

        *Counsel for Plaintiffs, President Donald J. Trump*
        *and Representative Ronny Jackson*

## **CERTIFICATE OF CONFERENCE**

I certify that on the 11th day of March, 2025 I conferred with attorney Elizabeth McNamara, counsel for Defendants. Ms. McNamara stated that she is in agreement with this Motion.

        _____
        Edward Andrew Paltzik

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served pursuant to the Federal Rules of Civil Procedure on the 11th day of March, 2025, via the Northern District of Texas's electronic filing notification system.

        _____
        Chris D. Parker