# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| President Donald J. Trump, an individual and Representative Ronnie Jackson, an individual | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No.  2:24-CV-00236-Z |
| Paramount Global d/b/a Paramount, a Delaware corporation, CBS Broadcasting Inc., et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CBS Interactive Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Paltzik
1040 Avenue of the Americas
Suite 15th Floor
New York, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   02/10/2025                                                                s/ N. Thomas, Deputy Clerk
                                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00236-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CBS Interactive, Inc. was received by me on *(date)* Mar 03, 2025, 11:49 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jim Herriman, Authorized to Accept on Behalf of CSC - Lawyers Incorporating Service, Agent for Service, who is designated by law to accept service of process on behalf of *(name of organization)* CBS Interactive, Inc. on *(date)* Thu, Mar 06 2025 at 2:55 pm at 211 E. 7th St. Ste. 620, Austin, TX 78701 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 03/07/2025

_____
*Server's signature*

Justin Rogers PSC-20023 Exp 06/30/2025

_____
*Printed name and title*

16414 San Pedro Ave, Suite 900 San Antonio, TX 78232

_____
*Server's address*

Additional documents served:
Amended Complaint; Exhibits A - D

BEFORE ME, a Notary Public, on this day personally appeared Justin Rogers, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 03/07/2025

Notary Public, State of Texas



NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2028