IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DONALD J. TRUMP, *et al.*,

    Plaintiffs,

v.                                      2:24-CV-236-Z

CBS BROADCASTING INC., *et al.*,

    Defendants.

## ORDER

Before the Court is the parties' Consent Motion for an Extension of Time to Respond to Defendants' Motions to Dismiss ("Motion") (ECF No. 53), filed March 11, 2025. The parties seek to extend Plaintiffs' deadline to oppose Defendants' motions to dismiss to April 28, 2025. ECF No. 53 at 1. They further seek to extend Defendants' deadline to reply to Plaintiffs' opposition to May 28, 2025. *Id.* at 2.

The Court **GRANTS** the Motion. Plaintiffs must file a response to Defendants' motions to dismiss **on or before April 28, 2025**. Defendants must file a reply to Defendants' opposition **on or before May 28, 2025**.

**SO ORDERED**.

March *12*, 2025

                                                        MATTHEW J. KACSMARYK
                                                        UNITED STATES DISTRICT JUDGE