**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, and REPRESENTATIVE RONNY JACKSON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> PARAMOUNT GLOBAL d/b/a PARAMOUNT, a Delaware corporation, CBS BROADCASTING INC., a New York corporation, and CBS INTERACTIVE INC., a Delaware corporation, <br><br> Defendants. | Case No.: 2:24-cv-00236-Z |

**DECLARATION OF EDWARD ANDREW PALTZIK IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR LACK OF SUBJECT-MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**

I, Edward Andrew Paltzik, an attorney authorized to practice in the United States District Court for the Northern District of Texas, affirm under penalty of perjury under the laws of the United States as follows:

1. I am of-counsel to Bochner PLLC, co-counsel for President Donald J. Trump, an individual, and Representative Ronny Jackson, an individual ("Plaintiffs"), the Plaintiffs in the above-captioned action.

2. This Declaration is based on my personal knowledge and a review of the documentary record and is filed in opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Lack of Subject-Matter Jurisdiction and Failure to State a Claim.

3.  Attached hereto as **Exhibit A** is a true and correct copy of a screenshot taken from the October 6, 2024 episode of Face the Nation, as accessed from its publishing on YouTube at https://www.youtube.com/watch?v=3N-yaqClBqg.

4.  Attached hereto as **Exhibit B** is a true and correct copy of a screenshot taken from the October 6, 2024 episode of Face the Nation, as accessed from its publishing on YouTube at https://www.youtube.com/watch?v=3N-yaqClBqg.

5.  Attached hereto as **Exhibit C** is a true and correct copy of a screenshot taken from the Amazon.com website, redacted to remove private details, on the sign-up page for a Paramount+ plan through Amazon.

6.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 28, 2025
       New York, New York

                                    Respectfully Submitted,

                                    EDWARD ANDREW PALTZIK
                                    Texas Bar No. 24140402
                                    Bochner PLLC
                                    1040 Avenue of the Americas
                                    15th Floor
                                    New York, NY 10018
                                    (516) 526-0341
                                    edward@bochner.law

                                     */s/ Edward Andrew Paltzik*
                                    Edward Andrew Paltzik