# Paramount+

Live sports. Breaking news. A mountain of entertainment.

## Start your 7-day free trial today

 • By signing up for a subscription or starting a free trial, you direct Amazon to share advertising identifiers with Paramount+. Paramount+ may use advertising identifiers in accordance with the Paramount+ Privacy Policy, including to serve you cross-context behavioral advertising (CCBA) on the Paramount+ subscription, unless you have opted out of CCBA on Amazon. Opt out of CCBA on Amazon anytime by going to Your Ad Privacy Choices.

### Confirm your details to start free trial

| | | |
|---|---|---|
| Paramount+ subscription | Paramount+ Essential<br>(7-day free trial, then $7.99/month )<br>Live sports. Breaking news. A mountain of entertainment. | Change |
| Email | ▮▮▮▮▮▮▮▮▮▮ | |
| Payment method | ▮▮▮▮▮▮▮▮▮▮ | Change |
| Billing address | ▮▮▮▮▮▮▮▮▮▮ | Change |

By signing up, you acknowledge that you've read and agree to the Prime Video Terms of Use. At the end of your free trial, you authorize us to charge your designated payment method, or another on file $7.99/month plus additional taxes. **Your Paramount+ subscription renews monthly until canceled.** Cancel your subscription by going to Settings. Canceling a subscription stops the recurring subscription charge, but doesn't refund the transaction for the current billing period. We'll notify you in advance if the price changes. If by signing up for this subscription you're upgrading or modifying an existing one, your existing subscriptions will be canceled, including any free trials or promotions. Your Paramount+ subscription is sold by Amazon.com Services LLC. When you click to sign up, Amazon may verify your payment method with your bank by authorizing and then canceling a charge on your payment method. You won't be charged for your membership until the end of your free trial period.

**Start your free trial — Pay later**
Start watching now