UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, and REPRESENTATIVE RONNY JACKSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT GLOBAL d/b/a PARAMOUNT, a Delaware corporation, CBS BROADCASTING INC., a New York corporation, and CBS INTERACTIVE, INC., a Delaware corporation,<br><br>Defendants. | Case 2:24-CV-00236-Z |

## CONSENT MOTION FOR AN EXTENSION OF UPCOMING DEADLINES

Plaintiffs, President Donald J. Trump and Representative Ronny Jackson ("Plaintiffs"), together with Defendants Paramount Global d/b/a Paramount, CBS Broadcasting Inc., and CBS Interactive, Inc. ("Defendants") (together, the "Parties"), respectfully request that the Court grant an extension of upcoming deadlines in the above-captioned case, as set forth in the table below.

The Parties respectfully submit that good cause to extend the deadlines set forth in the table below exists because the Parties are engaged in active settlement discussions, including continued mediation.

| Description | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiffs' deadline to file response to Defendants' Motion to Compel | June 16, 2025 | June 30, 2025 |
| Defendants' deadline to file a reply to Plaintiffs' response to Defendants' Motion to Compel | June 23, 2025 | July 7, 2025 |
| Plaintiffs' deadline to file a Motion to Compel | June 30, 2025 | July 14, 2025 |

Plaintiffs further respectfully request, together with Defendants, that, if Plaintiffs file a motion to compel, Defendants' response shall be due July 28, 2025. In the interim, the Parties will continue to meet and confer to try to narrow the scope of any issues. The Parties are not seeking to extend any deadlines regarding the pending motions to dismiss, and Defendants intend to file their reply on or before June 23, 2025. Nor are the Parties seeking to extend any other deadlines in the Court's Scheduling Order.

Plaintiffs' counsel has conferred with counsel for Defendants, and all Parties have consented to this motion in writing.

Respectfully submitted,

EDWARD ANDREW PALTZIK
Texas Bar No. 24140402
Bochner PLLC
1040 Avenue of the Americas
15th Floor
New York, NY 10018
(516) 526-0341
edwardb@bochner.law

    */s/  Edward Andrew Paltzik*
Edward Andrew Paltzik

DANIEL Z. EPSTEIN
Texas Bar No. 24110713
16401 NW 37th Avenue, #209E
Miami Gardens, FL 33054
(202) 240-2398
dan@epsteinco.com

*/s/   Daniel Z. Epstein*
Daniel Z. Epstein
*(applying for admission **pro hac vice**)*

CHRIS D. PARKER
Texas Bar No. 15479100
Farris Parker & Hubbard
A Professional Corporation
P. O. Box 9620
Amarillo, TX 79105-9620
(806) 374-5317 (T)
(806) 372-2107 (F)
cparker@pf-lawfirm.com

*/s/   Chris D. Parker*
Chris D. Parker

*Counsel for Plaintiffs, President Donald J. Trump and Representative Ronny Jackson*

## CERTIFICATE OF CONFERENCE

I certify that on the 13th day of June, 2025 I conferred with attorney Elizabeth McNamara, counsel for Defendants. Ms. McNamara stated that she is in agreement with this Motion.

*/s/ Edward Andrew Paltzik*
Edward Andrew Paltzik

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing document was served pursuant to the Federal Rules of Civil Procedure on the 13th day of June, 2025, via the Northern District of Texas's electronic filing notification system.

                                              /s/ *Chris D. Parker*
                                              Chris D. Parker