IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-236-Z |
| CBS BROADCASTING INC., *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is the parties' Consent Motion for an Extension of Upcoming Deadlines ("Motion") (ECF No. 63), filed June 13, 2025. The parties request to extend Plaintiffs' deadline to respond to Defendants' Motion to Compel to June 30, 2025; Defendants' deadline to reply to Plaintiffs' response to July 7, 2025; and Plaintiffs' deadline to file a motion to compel to July 14, 2025. ECF No. 63 at 2. The parties submit that good cause exists because "the Parties are engaged in active settlement discussion, including continued mediation." *Id.* at 1. And they clarify that they seek no deadline extensions related to the pending motions to dismiss, which are ripe for the Court's ruling after June 23, 2025. *Id.* at 2.

The Court **GRANTS** the Motion. Plaintiffs must respond to Defendants' Motion to Compel **on or before June 30, 2025**. Defendants must reply to Plaintiffs' response **on or before July 7, 2025**. And Plaintiffs must file any desired motion to compel **on or before July 14, 2025**.

**SO ORDERED.**

June 13, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE