UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, and REPRESENTATIVE RONNY JACKSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT GLOBAL d/b/a PARAMOUNT, a Delaware corporation, CBS BROADCASTING INC., a New York corporation, and CBS INTERACTIVE, INC., a Delaware corporation,<br><br>Defendants. | Case 2:24-CV-00236-Z |

## CONSENT MOTION FOR TEMPORARY STAY OF ALL PROCEEDINGS

Plaintiffs, President Donald J. Trump and Representative Ronny Jackson, together with Defendants Paramount Global d/b/a Paramount, CBS Broadcasting Inc., and CBS Interactive, Inc., (together, the "Parties"), respectfully request that the Court stay all proceedings in the above-captioned case, including all discovery deadlines and all motion practice, until July 3, 2025.

The Parties respectfully submit that good cause to stay all proceedings exists because the Parties are engaged in good faith, advanced, settlement negotiations.

Plaintiffs' counsel has conferred with counsel for Defendants, and all Parties have consented to this motion in writing.

DATED: June 30, 2025

                                                              Respectfully submitted,

EDWARD ANDREW PALTZIK
Texas Bar No. 24140402
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
(516) 526-0341
edward@taylordykema.com

    /s/ Edward Andrew Paltzik
Edward Andrew Paltzik

DANIEL Z. EPSTEIN
Texas Bar No. 24110713
16401 NW 37th Avenue, #209E
Miami Gardens, FL 33054
(202) 240-2398
dan@epsteinco.com

    /s/ Daniel Z. Epstein
Daniel Z. Epstein
*(applying for admission **pro hac vice**)*

CHRIS D. PARKER
Texas Bar No. 15479100
Farris Parker & Hubbard
A Professional Corporation
P. O. Box 9620
Amarillo, TX 79105-9620
(806) 374-5317 (T)
(806) 372-2107 (F)
cparker@pf-lawfirm.com

    /s/ Chris D. Parker
Chris D. Parker

*Counsel for Plaintiffs, President Donald J. Trump and Representative Ronny Jackson*

**CERTIFICATE OF CONFERENCE**

I certify that on the 30th day of June, 2025 I conferred with attorney Elizabeth McNamara, counsel for Defendants. Ms. McNamara stated that she is in agreement with this Motion.

/s/ *Edward Andrew Paltzik*
Edward Andrew Paltzik

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served pursuant to the Federal Rules of Civil Procedure on the 30th day of June, 2025, via the Northern District of Texas's electronic filing notification system.

/s/ *Chris D. Parker*
Chris D. Parker