IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DONALD J. TRUMP, *et al.*,

    Plaintiffs,

v.                                                                                                          2:24-CV-236-Z

CBS BROADCASTING INC., *et al.*,

    Defendants.

## ORDER

Before the Court is the parties' Consent Motion for Temporary Stay of All Proceedings ("Motion") (ECF No. 67), filed June 30, 2025. The parties seek a stay of all proceedings "including all discovery deadlines and all motion practice" to July 3, 2025. ECF No. 67 at 1. And they agree that "advanced[] settlement negotiations" render good cause met. *Id.*

The Motion is **GRANTED**. *See In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990) ("The stay of a pending matter is ordinarily within the trial court's wide discretion to control the course of litigation . . . ."); *Hammoud v. Ma'at*, 49 F.4th 874, 882 n.42 (5th Cir. 2022) (en banc) (citing "the cardinal principle of judicial restraint [that] if it is not necessary to decide more, it is necessary not to decide more" (quoting *PDK Lab'ys, Inc. v. U.S. D.E.A.*, 362 F.3d 786, 799 (D.C. Cir. 2004) (Roberts, J., concurring))). The Court therefore **STAYS** all proceedings and deadlines in this case until July 3, 2025.

The parties are **ORDERED** to file a joint status report **on July 3, 2025**, stating their positions on the pending Motions to Dismiss (ECF Nos. 49, 51) and Motion to Compel (ECF No. 57).

**SO ORDERED.**

July _1_, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE