UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, and REPRESENTATIVE RONNY JACKSON, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>PARAMOUNT GLOBAL d/b/a PARAMOUNT, a Delaware corporation, CBS BROADCASTING INC., a New York corporation, and CBS INTERACTIVE, INC., a Delaware corporation,<br><br>　　　　　　　　　Defendants. | Case 2:24-CV-00236-Z |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

　　Plaintiffs, President Donald J. Trump and Representative Ronny Jackson ("Plaintiffs"), together with Defendants Paramount Global d/b/a Paramount, CBS Broadcasting Inc., and CBS Interactive, Inc. ("Defendants") (together, the "Parties"), show unto the honorable Court as follows:

　　The Parties have agreed to a settlement of this matter. The Parties are working diligently to prepare and execute a mutually agreeable final Compromise Settlement Agreement and Release, followed by Plaintiffs' dismissal of the action with prejudice.

Respectfully submitted,

EDWARD ANDREW PALTZIK
Texas Bar No. 24140402
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
(516) 526-0341
edward@taylordykema.com

   /s/ Edward Andrew Paltzik
Edward Andrew Paltzik

DANIEL Z. EPSTEIN
Texas Bar No. 24110713
16401 NW 37th Avenue, #209E
Miami Gardens, FL 33054
(202) 240-2398
dan@epsteinco.com

   /s/   Daniel Z. Epstein
Daniel Z. Epstein
*(applying for admission **pro hac vice**)*

CHRIS D. PARKER
Texas Bar No. 15479100
Farris Parker & Hubbard
A Professional Corporation
P. O. Box 9620
Amarillo, TX 79105-9620
(806) 374-5317 (T)
(806) 372-2107 (F)
cparker@pf-lawfirm.com

   /s/   Chris D. Parker
Chris D. Parker

*Counsel for Plaintiffs, President Donald J. Trump and Representative Ronny Jackson*

DAVIS WRIGHT TREMAINE LLP
Elizabeth A. McNamara (admitted *pro hac vice*)
Jeremy A. Chase (admitted *pro hac vice*)
Alexandra Perloff-Giles (admitted *pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 489-8230
elizabethmcnamara@dwt.com
jeremychase@dwt.com
alexandraperloffgiles@dwt.com

　　　*/s/ Elizabeth McNamara (with permission)*
Elizabeth A. McNamara

UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney
State Bar No. 16935100
C. Jason Fenton
State Bar No. 24087505
PO Box 9158 (79105-9158)
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
tom.riney@uwlaw.com
jason.fenton@uwlaw.com

JACKSON WALKER LLP
Marc A. Fuller
State Bar No. 24032210
2323 Ross Ave., Ste. 600
Dallas, TX 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
mfuller@jw.com

*Attorneys for Paramount Global, CBS Broadcasting Inc., and CBS Interactive Inc.*

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing document was served pursuant to the Federal Rules of Civil Procedure on the 2nd day of July, 2025, via the Northern District of Texas's electronic filing notification system.

                                      /s/ *Chris D. Parker*
                                      Chris D. Parker