# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, and REPRESENTATIVE RONNY JACKSON, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>PARAMOUNT GLOBAL d/b/a PARAMOUNT, a Delaware corporation, CBS BROADCASTING INC., a New York corporation, and CBS INTERACTIVE INC., a Delaware corporation,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00236-Z |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal with prejudice of the above captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) which provides that "the plaintiff may dismiss an action without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have appeared."

Dated: July 22, 2025

　　　　　　　　　　　　　　　　　　　　/s/ *Edward Andrew Paltzik*
　　　　　　　　　　　　　　　　　　　　EDWARD ANDREW PALTZIK
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24140402
　　　　　　　　　　　　　　　　　　　　Taylor Dykema PLLC
　　　　　　　　　　　　　　　　　　　　914 E. 25th Street
　　　　　　　　　　　　　　　　　　　　Houston, TX 77009
　　　　　　　　　　　　　　　　　　　　(516) 526-0341
　　　　　　　　　　　　　　　　　　　　edward@taylordykema.com

/s/ *Daniel Z. Epstein*
DANIEL Z. EPSTEIN
Texas Bar No. 24110713
16401 NW 37th Avenue, #209E
Miami Gardens, FL 33054
(202) 240-2398
dan@epsteinco.com

/s/ *Chris D. Parker*
CHRIS D. PARKER
Texas Bar No. 15479100
Farris Parker & Hubbard
A Professional Corporation
P. O. Box 9620
Amarillo, TX 79105-9620
(806) 374-5317 (T)
(806) 372-2107 (F)
cparker@pf-lawfirm.com

*Attorneys for Plaintiffs President Donald J. Trump and Representative Ronny Jackson*

/s/ *Thomas C. Riney*
**UNDERWOOD LAW FIRM, P.C.**
Thomas C. Riney
State Bar No. 16935100
C. Jason Fenton
State Bar No. 24087505
PO Box 9158 (79105-9158)
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
tom.riney@uwlaw.com
jason.fenton@uwlaw.com

/s/ *Marc. A Fuller*
**JACKSON WALKER LLP**
Marc A. Fuller
State Bar No. 24032210
2323 Ross Ave., Ste. 600
Dallas, TX 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
mfuller@jw.com

/s/ *Elizabeth A. McNamara*
**DAVIS WRIGHT TREMAINE LLP**
Elizabeth A. McNamara (admitted *pro hac vice*)
Jeremy A. Chase (admitted *pro hac vice*)
Alexandra Perloff-Giles (admitted *pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 489-8230
lizmcnamara@dwt.com
jeremychase@dwt.com
alexandraperloffgiles@dwt.com

*Attorneys for Paramount Global, CBS Broadcasting Inc., and CBS Interactive Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

>*/s/ Edward Andrew Paltzik*
>Edward Andrew Paltzik