IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DONALD J. TRUMP, *et al.*,

     Plaintiffs,

v.

                                  2:24-CV-236-Z

CBS BROADCASTING INC., *et al.*,

     Defendants.

### NOTICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 70), filed July 22, 2025. The document is a "stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). "Except in special circumstances . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004). Thus, an order of this Court "approving the dismissal is of no consequence." *Meinecke v. H & R Block of Hous.*, 66 F.3d 77, 82 (5th Cir. 1995); *see also Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018) ("A stipulation of dismissal . . . strips the district court of subject-matter jurisdiction."). All remaining pending motions (ECF Nos. 49, 51, 57) are **DENIED** as **MOOT**. The Court thus **DIRECTS** the United States District Clerk to close the case.

The Court issues notice accordingly.

July **25**, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE